

DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Stephanie E. O'Byrne
Stephanie.OByrne@us.dlapiper.com
T  302.468.5645
F  302.691.4745

January 31, 2024

**Via CM/ECF**
The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:  **GOLO, LLC v. Amazon.com, Inc. and Amazon.com Services LLC,
           C.A. No. 23- 1200-MN**

Dear Judge Noreika:

      Pursuant to LR 7.1.4, Defendants Amazon.com, Inc. and Amazon.com Services LLC ("Amazon" or "Defendants") respectfully requests oral argument before the Court in connection with Defendants' Partial Motion to Dismiss Plaintiff's Complaint (D.I. 12).

      Briefing on the Defendants' motion is complete (D.I. 14, 19, and 20).

      Counsel remains available should the Court have any questions.

                              Respectfully submitted,

                              */s/ Stephanie E. O'Byrne*

                              Stephanie E. O'Byrne (No. 4446)

cc: All Counsel of Record