**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GOLO, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., and<br>AMAZON.COM SERVICES LLC<br><br>Defendants. | C.A. No. 23-1200-MN<br><br>**FIRST AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff GOLO, LLC ("Plaintiff"), by and through undersigned counsel, files this First Amended Complaint against Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon"), and, in support therefore, alleges as follows:

**INTRODUCTION**

1.　　Amazon, the world's largest e-commerce platform, engages in systematic manipulation of the digital advertising ecosystem in order to maintain its dominant market position. One part of that broad scheme involves deceiving consumers into believing that products and brands not available for sale on Amazon can, in fact, be found on Amazon. Amazon's classic "bait-and-switch" approach uses objectively false digital advertising to drive unsuspecting consumers to Amazon's e-commerce site. Once consumers find themselves on Amazon's platform, instead of finding the products they were searching for, potential purchasers are presented with both competing brands and unauthorized infringements and counterfeits seeking to gain a free ride off goodwill and brand equity established by others.

2.　　Plaintiff has become one of the nation's most recognizable health and wellness brands and owns the "GOLO" trademark as well as other federally registered and common law trademarks. Plaintiff expends great sums in connection with the advertising and promotion of its

1

GOLO® brand, resulting in a substantial and growing consumer following, and Plaintiff's products and services are expressly not available through Amazon, but only through Plaintiff's own direct channels of trade.

3.      Nevertheless, and despite Amazon's actual and constructive knowledge of that fact, Amazon has promoted its own false advertising (such as "golo release | Amazon Official Site | Shop at Amazon Today" in response to a consumer's search for "golo release" on Bing) designed to exploit the GOLO Trademarks (defined below), to capture traffic intended for GOLO, and to drive that traffic to Amazon's e-commerce site (discussed herein as Amazon's "Deceptive Advertisements"). Similarly, once a consumer has been wrongfully directed by Amazon to its e-commerce site under false pretenses or otherwise searches in Amazon's search box for GOLO products, Amazon further directs such consumers to GOLO's competitors' products and infringing and counterfeit products sold on www.amazon.com (discussed herein as Amazon's "Deceptive Search Box Results"), shown below at paragraphs 78-80.

4.      Amazon utilizes predatory and illicit tactics against GOLO to infringe upon and counterfeit GOLO's trademarks in order to sell, market, and promote knockoff and inferior products; misrepresent and divert business from GOLO under the guise that Amazon sells GOLO products; and divert business from GOLO directly to Amazon's products and services, such as AI generated counterfeit and infringing diet plans, programs, periodicals, and books created by Amazon's various enterprises like Kindle Direct Publishing ("KDP").

5.      GOLO, who does not sell its products through Amazon, has been, and continues to be, harmed by Amazon's predatory and illicit tactics. Fully aware of the presence of multiple infringing and counterfeit products on its site, Amazon is producing, advertising, offering, and selling products under various designations that are confusingly similar to Plaintiff's trademarks,

such as "GOLO DIET," "GOLO COOKBOOK," "GOLO WEIGHT LOSS," and other GOLO-formative marks (discussed herein as Amazon's "Infringing Products"), *e.g.*:



6.      Many of these books are of low quality and appear to be AI-generated. They are riddled with typographical errors and nonsensical text, feature duplicative recipes, and lack recipe images typical of quality cookbooks. Worse still, many of the cookbooks include recipes that are not compatible with Plaintiff's GOLO for Life plan. Some are "authored" by individuals who do not exist, including "authors" claiming to be doctors and/or having dietary and nutritional expertise, e.g.:





| *"GOLO" Book Offered by Amazon* | *What Amazon Says About the Author* | *The Truth About the Author* |
|---|---|---|
| | "Clara Pure" is "a renowned American author known for her expertise in diet and nutrition" who "holds a Bachelor's degree in Nutritional Sciences and a Master's degree in Public Health, with a focus on nutrition education." | "Clara Pure" does not appear to be real. The image included in her Amazon author bio is a stock image available on freepik.com under "portrait young business woman." |
| | "Dr. Laura Antonio" is "an experienced cookbook writer" who "weaves a tale of flavors, passion, and a relentless pursuit of gastronomic excellence." | "Dr. Laura Antonio" does not appear to be real. The image included in her Amazon author bio appears in multiple places online, including in the obituary for Gertie Baker, who died on May 25, 2024. |

7.    On information and belief, Amazon is a pervasive breeding ground for the publishing, promotion, and sale of infringing, counterfeit, and knockoff books, e-books, pamphlets, plans, programs, and other products that are of poor quality and AI-generated, naming 'authors' who do not exist or are otherwise alter egos created by Amazon in furtherance of their

schemes and misconduct. These "authors" are presented with false and manufactured credentials and/or resumes designed to give the erroneous impression of legitimacy in furtherance of Amazon's infringement and counterfeiting operations, harming businesses like GOLO. Amazon intentionally does not share its knowledge of this misconduct since doing so would not be in its self-interest.

8.    Amazon's misconduct is further wanton, willful, and intentional because, in addition to infringing and counterfeiting GOLO's trademarks and making false and misleading health and nutrition claims about the associated products, Amazon is, upon information and belief, intentionally, knowingly, and willfully publishing, promoting, and selling other products that promise purported and unsubstantiated health benefits[1] in order to further its improper goals and efforts more fully described herein. The use of AI has been incorporated into Amazon's wanton, willful, and intentional behaviors and conduct.

9.    Accordingly, GOLO brings this action seeking redress for Amazon's systematic violations of both Delaware and federal law. Amazon cannot be permitted to use its market power to punish companies that choose not to sell on its platform; exploit Plaintiff and the GOLO Trademarks to falsely advertise products it does not sell; proliferate, print, and profit from deceptive and dangerous books, publications, and diet plans, including those generated by AI; and deceive consumers about the source or origin of products sold on its site, resulting in harm to Plaintiff and consumers.

---

[1] Examples include *Dr. Sebi Cure For All Diseases: The Ultimate Step By Step Guide On Natural Treatment For Herpes, HIV, Aids, Stds, Cancer, Diabetes, Erectile Dysfunction, Arthritis, Kidney, And Liver Diseases* by Margaret Ritz (ASIN B0CVRMQM4D); *Dr. Barbara O'Neill Cure For Diabetes* by Dr. Luka Anderson (ASIN B0D5WSH8QD); *The One-Minute Cure: The Secret to Healing Virtually All Diseases* by Madison Cavanaugh (ISBN 0989678105); *Dr. Sebi Simple Cure for Cancer* by Mason Carter (ASIN B0CQ2NTC1J); *Dr. Sebi Cure For All Diseases* by Samantha Plant (ASIN B0CGCMD41W); *Dr. Sebi Natural Treatment and Cure for Cancer* by Dwayne S. Atkins (ASIN B0D1GLKM7Q); *Dr. Sebie Cure for Cancer* by Dr. Mercy Hitopy (ASIN B0CGM7XGLZ); *Cervical Cancer cookbook: prefect [sic] guide and delicious recipes to mange [sic] and cure cervical cancer* by Hulda Regehr Clark (ASIN B08CPJJVT4).

10.     Plaintiff seeks injunctive relief, compensatory damages, enhanced profits, enhanced and trebled damages, statutory damages, attorneys' fees, and costs against Amazon for deceptive trade practices, trademark infringement and counterfeiting (direct, contributory, and vicarious), unfair competition, false advertising, and dilution.

## NATURE OF THE ACTION

11.     This is a civil action for violation of the Lanham Act (15 U.S.C. § 1051 et seq.), including for trademark infringement, contributory trademark infringement, vicarious trademark infringement, trademark counterfeiting, contributory trademark counterfeiting, vicarious trademark counterfeiting, unfair competition, false advertising violation of the Delaware Deceptive Trade Practices Act (6 Del. C. § 2532), and violation of the Delaware dilution statute (6 Del. C. § 3313). This action arises from, inter alia, Amazon's predatory misuse and misappropriation of Plaintiff's GOLO Trademarks (as defined in paragraphs 49-112 below), Amazon's false promotion and advertising of its e-commerce site and of products advertised, offered for sale and sold by Amazon thereon for GOLO's competitors, and Amazon's creation, production, promotion, advertising, and sale of products that directly infringe Plaintiff's trademark rights.

12.     Plaintiff is a leading health and wellness company that provides innovative and proprietary diet, health and wellness, and weight loss goods and services. Plaintiff began selling proprietary GOLO-branded diet, weight loss, and wellness solutions at least as early as 2013 using its distinctive and federally registered trademarks. Plaintiff ceased selling GOLO products and services on Amazon by no later than June 2020 in order to maintain better control over its brand and sales.

13.     Notwithstanding Amazon's actual and constructive knowledge that Plaintiff does not sell nor authorize the re-sale of any GOLO products through Amazon or on Amazon's e-

commerce site, as set forth more fully herein, Amazon is systematically perpetrating classic bait-and-switch tactics to steal Plaintiff's potential customers and Internet traffic with its predatory use of the GOLO Trademarks on several levels, thereby causing harm to both Plaintiff and consumers, as follows:

(a)    Amazon has advertised and is advertising its online retail services and e-commerce site by misusing and exploiting the GOLO Trademarks in search result links (such as "golo release | Amazon Official Site | Shop at Amazon Today" in response to a consumer's search for "golo release" on the search engine Bing, among multiple other misuses of the GOLO Trademarks on Bing, Google, and other search engines) to drive customers searching Internet platforms for GOLO products to Amazon's site under the false pretense that the customer can purchase GOLO products there (discussed herein as "Amazon Deceptive Advertisements"). On information and belief, Amazon has paid for search engines to direct traffic to its platform in response to searches related to GOLO.

(b)    Amazon has misused and is misusing and exploiting the GOLO Trademarks to drive customers searching for GOLO products in the search box on Amazon's site (such as by searching for "golo") to counterfeit and infringing products that Amazon sells that compete with Plaintiff's products (such as weight loss supplements, diet plans, and cookbooks) (discussed herein as Amazon "Deceptive Search Box Results," e.g., ¶¶ 79-80); and

(c)    Amazon has adopted and is offering numerous products produced, advertised and sold by Amazon, under various designations that are confusingly similar to Plaintiff's trademarks, such as "GOLO DIET," "GOLO COOKBOOK," "GOLO WEIGHT LOSS," and other GOLO-formative marks or other prominent usage of "GOLO" as a

source-indicating function (Amazon's "Infringing Designations") including as shown in the representative example of the "Infringing Products" shown below:



14.     Amazon has misused and is misusing the GOLO Trademarks and/or Infringing Designations in Amazon's Deceptive Advertisements, Deceptive Search Box Results, and Infringing Designations and Infringing Products to "bait" consumers into going to Amazon's website and/or to "switch" them to purchasing products on Amazon's website (which does not offer GOLO's products) rather than purchasing Plaintiff's products on Plaintiff's website. This conduct not only has damaged and is damaging Plaintiff and its business, has caused and is causing damage to the value of Plaintiff's trademark rights, and has caused and is causing consumer confusion in the marketplace, but also has harmed and is harming unsuspecting consumers who are looking to purchase Plaintiff's products, are diverted from such purchases by Amazon's deceptive, unfair, and predatory practices, and therefore miss an opportunity to potentially improve their health.

## THE PARTIES

15.     Plaintiff is a limited liability company organized under the laws of Delaware with its principal place of business at The Sabre Building, 4051 Ogletown Stanton Road, Third Floor, Newark, Delaware 19713.

8

16.     Upon information and belief, Defendant Amazon.com, Inc. is a Delaware corporation with its principal place of business at 410 Terry Avenue North, Seattle, Washington 98109. Defendant Amazon.com, Inc. may be served with process by serving its registered agent Corporation Service Company at 251 Little Falls Drive, Wilmington, DE 19808, or as otherwise authorized under applicable law.

17.     Upon information and belief, Defendant Amazon.com Services LLC is a limited liability company organized under the laws of Delaware with its principal place of business at 410 Terry Avenue North, Seattle, Washington 98109. Defendant Amazon.com Services LLC may be served with process by serving its registered agent Corporation Service Company at 251 Little Falls Drive, Wilmington, DE 19808, or as otherwise authorized under applicable law.

## JURISDICTION AND VENUE

18.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1367 because this action arises under the Lanham Act, including 15 U.S.C. §§ 1114 and 1125.

19.     This Court has personal jurisdiction over Defendant Amazon.com Inc. because Amazon.com Inc. is incorporated in Delaware and maintains, operates, or uses multiple distribution centers and warehouses in this District, including to distribute the Infringing Products, that constitute a continuous, systematic, and substantial presence within this District, and Defendant Amazon.com Inc. has otherwise availed itself of the rights and benefits of the laws of Delaware and is thus subject to personal jurisdiction in this District by virtue of its contacts and residence here. In addition, by committing the unlawful acts as alleged herein in this District, including, but not limited to, using an infringing mark in connection with the sale and offering for sale of goods and services to customers in this District, at least in part, through Amazon.com, which is accessible throughout the United States, including persons within Delaware, Defendant Amazon.com Inc.'s conduct forms a substantial part of the events, acts, and omissions giving rise

9

to Plaintiff's claims.

20.    This Court has personal jurisdiction over Defendant Amazon.com Services LLC because Defendant Amazon.com Services LLC is organized under Delaware law and maintains, operates, or uses multiple distribution centers and warehouses in this District, including to distribute the Infringing Products, that constitute a continuous, systematic, and substantial presence within this District, and Defendant Amazon.com Services LLC has otherwise availed itself of the rights and benefits of the laws of Delaware and is thus subject to personal jurisdiction in this District by virtue of its contacts and residence here. In addition, by committing the unlawful acts as alleged herein in this District, including, but not limited to, using an infringing mark in connection with the sale and offering for sale of goods and services to customers in this District, at least in part, through Amazon.com, which is accessible throughout the United States, including persons within Delaware, Defendant Amazon.com Services LLC's conduct forms a substantial part of the events, acts, and omissions giving rise to Plaintiff's claims.

21.    Upon information and belief, Defendants Amazon.com, Inc. and Amazon.com Services LLC are acting in concert to produce, advertise, and sell the Infringing Products as alleged herein, and are otherwise acting in concert to promote the Deceptive Advertisements and the Deceptive Search Box Results in order to unfairly compete with and trade on the goodwill of Plaintiff, and are jointly and severally liable for the acts alleged herein.

22.    Venue as to Amazon is proper in this judicial district under 28 U.S.C. § 1391.

## FACTS

### A.    Plaintiff's Products and Services

23.    Plaintiff is a leading provider of innovative diet, health and wellness, and weight loss products and services, which Plaintiff has developed, marketed, and sold for well over a decade.

24.     Plaintiff sells its products and services primarily and almost exclusively through the websites golo.com and mygolo.com, which are owned and operated by Plaintiff, directly to the consumer. Plaintiff has not sold or offered to sell any products or services through Amazon on www.amazon.com or any Amazon platform since at least June 2020.

25.     One of Plaintiff's central service offerings is the "GOLO for Life Plan," a comprehensive and proprietary nutritional strategy that promotes safe weight loss and management by providing counseling and instruction to customers that focuses on eating through a "back to basics" whole-foods approach and assisting with balancing blood sugar levels and managing insulin.

26.     Plaintiff also developed, promotes, and sells various supplements, including: GOLO RELEASE®, a plant-based nutraceutical that is offered in conjunction with the GOLO for Life Plan to support weight loss and improvements in health markers; GOLO GO-DIGEST®, a nutraceutical that supports digestion, gut health, and overall health; and GOLO REST & GO®, a nutraceutical that supports the body's restorative processes that occur during its circadian rhythm (all pictured below):



27.     Plaintiff's customers may also gain access to Plaintiff's GOLO-branded website at myGOLO.com, an online platform that supports the GOLO for Life Plan by providing, inter alia, supplements, meal plans, recipes, and cooking and food preparation instructions, including as set forth below:



28.     Under its GOLO brand and through its websites, Plaintiff also sells prepackaged "complete GOLO balanced meals" and other food products that are specifically aligned with Plaintiff's GOLO for Life Plan. These products are also marketed and sold in connection with Plaintiff's GOLO FOODS trademark.

29.     In addition, Plaintiff sells a GOLO-branded recipe book containing instructions for creating over eighty dishes, which is carefully tailored to support Plaintiff's GOLO For Life Plan, and also periodically uses the cookbook as a key promotional tool to generate additional overall revenue and enhance sales of its other products. Since at least 2020, Plaintiff has sold more than 100,000 of these GOLO-branded cookbooks, generating more than $2 million in direct revenue, in addition to supporting consumers' use of Plaintiff's GOLO For Life Plan and sales of the GOLO

RELEASE supplement, among other products. An example of marketing collateral promoting Plaintiff's sale of its GOLO-branded cookbooks is excerpted below from Plaintiff's website:

## GOLO Recipe Book, Volume One

GOLO strives to show everyone that it's easy to eat and be healthy... with REAL food! Even if you have never cooked a day in your life or think you "hate" cooking this is the perfect recipe book for you.

With over 80 different recipes using real food, the GOLO Recipe Book keeps you, the busy hard-working person, in mind! Our recipes are not only simple to follow, but use easy to find, affordable ingredients.

**The GOLO Recipe Book includes:**

Helpful tips to become a great chef, even if you are only a beginner. Easy recipes that cater to anyone's lifestyle, including the GOLO exclusive SuperFuel recipe.

The GOLO Recipe Book includes Breakfast, Lunch, and Dinner recipes; AND Slow Cooker, Soups, Vegetarian meals and even healthy Coffee Creamer recipes! All recipes follow the GOLO For Life Plan which makes it helpful and easy to see how many proteins, carbs, vegetables and fats are in each recipe.

Picky eater? No problem! These flexible recipes put you in charge, if you don't like a certain ingredient or you just do not have it on hand you are able to use another one!



**OTHER DETAILS:**

Spiral bound

Picture for each recipe

Serving size of each recipe

Dietary information – gluten-free, vegetarian etc.

30.     Plaintiff's GOLO-branded meal plans, supplements, food products, nutritional strategies, coaching, cookbooks, recipes, and online tools, including as described herein at paragraphs 23-29, together form an integral system of products and services that comprises the core of Plaintiff's business. Indeed, Plaintiff's GOLO-branded products and services occupy a key market position in the diet, weight loss, and health and wellness sectors and have created a strong consumer association between Plaintiff, its GOLO brand, and Plaintiff's products and services.

31.     Plaintiff also offers an AEROTRAINER exercise product, designed to assist with

stretching, strength training, and stress relief.

32.     Plaintiff's products and services have attained extremely high customer satisfaction ratings, which goodwill is associated with and accrues to Plaintiff as the exclusive source of Plaintiff's products and services.

**B.      The GOLO Trademarks**

33.     As a leading provider of products and services in the diet, weight loss, and health and wellness market sectors, Plaintiff has established extensive trademark rights related to the GOLO mark and other trademarks.

34.     Plaintiff first used the GOLO mark at least as early as April 22, 2013, first used the GOLO mark in commerce at least as early as May 2, 2013 and has made substantially exclusive and continuous use of the GOLO mark in commerce throughout the United States since at least as early as May 2, 2013.

35.     In particular, Plaintiff is the owner of the entire right, title, and interest in and to the following United States Federal Trademark Registrations (collectively referred to as the "GOLO Registered Marks"):

| Registration Number | Trademark Image | Classes of Goods/Services | Registration Date |
|---|---|---|---|
| 5,231,000 | GOLO ® | Dietary and nutritional supplements; Health care services for individuals, namely, weight loss program services, weight loss diet planning and supervision, weight management programs, and consulting services in the fields of diet, weight loss, diet planning, lifestyle wellness, health and nutrition | June 27, 2017 |

| Registration Number | Trademark Image | Classes of Goods/Services | Registration Date |
|---|---|---|---|
| 4,436,947 | GOLO® | Dietary and nutritional supplements; Health care services for individuals, namely, weight loss program services, weight loss diet planning and supervision, weight management programs, and consulting services in the fields of diet, weight loss, diet planning, lifestyle wellness, health and nutrition | November 19, 2013 |
| 6,569,622 | GOLO® | Downloadable mobile application for Food nutrition consultation featuring information about health, wellness, nutrition, and nutritional information about food; Providing a website featuring information about health, wellness, nutrition, and nutritional information about food; Food nutrition consultation | November 23, 2021 |
| 5,207,875 | Release® | Dietary and nutritional supplements | May 23, 2017 |
| 5,128,697 | myGOLO® | Health care services for individuals, namely, weight loss program services, weight loss diet planning, weight management programs, and consulting services in the fields of diet, weight loss, diet planning, lifestyle wellness, health and nutrition | January 24, 2017 |

| Registration Number | Trademark Image | Classes of Goods/Services | Registration Date |
|---|---|---|---|
| 6,354,070 | **GO-DIGEST**® | Dietary and nutritional supplements; probiotic supplements; enzyme dietary supplements; nutritional supplements, namely, probiotic compositions and botanicals to aid digestion | May 18, 2021 |
| 6,203,943 | **AEROTRAINER**® | Inflatable exercise equipment for providing body support during strength training, namely, inflatable balance balls, inflatable stability balls, and inflatable yoga balls | November 24, 2020 |
| 7,475,110 | **GOLO**® | Printed cookbooks; printed recipe books; providing a website featuring information in the field of recipes and cooking; providing information in the field of recipes and cooking; providing an online computer database to consumers featuring information about recipes, ingredients and cooking information | August 13, 2024 |
| 7,479,490 | **GOLO FOODS**® | Frozen meals consisting primarily of meat; frozen meals consisting primarily of poultry; frozen meals consisting primarily of vegetables; on-line retail store services featuring frozen meals consisting primarily of meat, poultry and vegetables | August 20, 2024 |

36.     Attached as Exhibit A are true and correct printouts of Registration Certificates obtained from the United States Patent and Trademark Office ("USPTO") website evidencing the ownership of the GOLO Registered Marks. The GOLO Registered Marks are all valid, subsisting,

unrevoked, uncancelled, and enforceable.

37.    Each of the GOLO Registered Marks have been continuously used since the date of first use and have never been abandoned, and four of the GOLO Registered Marks are now incontestable.

38.    In addition to the GOLO Registered Marks, Plaintiff has a broad portfolio of common law trademarks related to the GOLO mark, some examples of which are the subject of pending applications with the USPTO, as set forth in the two tables below (the "GOLO Common Law Marks"):

| Word Mark | Classes of Goods/Services | First Use in Commerce |
|---|---|---|
| GOLO™ | Cookbooks, recipe compilations, diet plans, meal plans, and nutritional strategies | At least as early as 2020 |
| myGOLO™ | Online retail store services featuring dietary and nutritional supplements; education services, namely, providing information about fitness and exercise; Health care services for individuals, namely, weight loss program services, weight loss diet planning and supervision | At least as early as 2013 |
| REST & GO™ | Dietary and nutritional supplements | At least as early as May 2, 2023 |

| Application Serial Number | Trademark Image | Classes of Goods/Services | Filing Date |
|---|---|---|---|
| 97098990 | GOLO™ | Printed recipe cards; printed materials in the field of health and wellness, namely, pamphlets and manuals providing information on diet, nutrient, meal preparation, and wellness; plastic food storage bags for household use; silicone food | October 29, 2021 |

| Application Serial Number | Trademark Image | Classes of Goods/Services | Filing Date |
|---|---|---|---|
| | | storage bags for household use | |
| 90850117 | GOLO ™ | Online retail store services featuring dietary and nutritional supplements; online retail store services featuring food; providing professional coaching services in the field of health, fitness, wellness management, diet, nutrition, and exercise; education services, namely, providing information about fitness and exercise; providing information in the fields of recipes and meal planning; providing information about health, wellness, nutrition, diet, weight loss, weight control and maintenance | July 27, 2021 |

39.     Collectively, the GOLO Registered Marks and the GOLO Common Law Marks form the "GOLO Trademarks."

## C.    Plaintiff's Marketing and Brand Development

40.     Since at least as early as 2013, Plaintiff has been marketing and selling its products and services under the GOLO Trademarks. Plaintiff prominently displays its GOLO Trademarks on its product packaging, its e-commerce website, its printed materials, and in any internet and television advertisements promoting or marketing Plaintiff's products and services.

41.    Plaintiff has invested substantial time, money, and other resources, in excess of tens of millions of dollars per year, in promoting its products and services using the GOLO Trademarks to individuals in all 50 states, including Delaware.

42.    As detailed above, the GOLO Trademarks are featured on Plaintiff's products, such as its GOLO for Life Plan, food products, supplements, cookbooks, and other publications. As a result of Plaintiff's advertising and marketing expenditures, Plaintiff has accrued over 4 million customers to date, and has shipped over 2 million packages of its products to customers in 2022 alone. Each of those packages included several uses of the GOLO Trademarks.

43.    Plaintiff also displays one or more of the GOLO Trademarks on nearly every page of its websites and supporting program materials, additional examples of which are detailed below:



44.    In 2022 alone, as a result of Plaintiff's advertising expenditures and promotion of the GOLO Marks, there were more than 28 million sessions of consumers visiting Plaintiff's websites at golo.com and mygolo.com to access information regarding Plaintiff's products and services to improve health, lose weight, and buy Plaintiff's products. Plaintiff's websites inform

potential customers that Plaintiff's system includes detailed information regarding meal plans and recipes, including as set forth below:

> **Creating GOLO Meals**
>
> Set yourself up for successful weight loss by learning how to prep basic foods that follow the GOLO For Life Plan. You can prepare as little or as much in advance with our easy instructions, and we include our one-bowl balanced meal Super Fuel recipe too!



Read through our latest recipes, meal plans and weight loss tips. Reorder supplements at discounted prices and discover new exclusive GOLO products.

45.     Plaintiff has also undertaken an expansive advertising and marketing campaign, which has increased every year since 2018, in order to increase its business revenues and to bolster consumer association between the GOLO Trademarks and Plaintiff's products and services.

46.     In 2022, Plaintiff spent tens of millions of dollars on television advertising that associated the GOLO Trademarks with Plaintiff's products and services in the minds of consumers and prospective consumers. These television commercials generated over 30 billion consumer impressions associated with the GOLO Trademarks. These and prior years' advertising expenditures generated significant business revenues for Plaintiff as well as substantial brand association between the GOLO Trademarks and Plaintiff's product and service offerings.

47.     Plaintiff's return on its advertising investment and the efficacy of its customer acquisition strategy, all associated with the GOLO Trademarks and including as set forth above, is definite and well documented.

48.     Through Plaintiff's continuous use of the GOLO Trademarks in commerce since 2013 and as a result of Plaintiff's substantial marketing and promotional efforts, and the substantial sales of its products and services, Plaintiff has developed a strong brand and reputation among customers, and its GOLO Trademarks enjoy extensive goodwill and strong legal protection in the United States.

**D.      Amazon's Infringing Activities and Unlawful Conduct**

49.     Amazon, the world's largest e-commerce platform and the largest online retailer in the United States, engages in systematic manipulation of the digital advertising ecosystem in order to maintain its dominant market position. Amazon sells a broad range of goods and services, including dietary supplements and cookbooks, through the website www.amazon.com and through dedicated Amazon apps. Amazon, however, allows infringing and counterfeit products to persist and, in some instances, flourish on its e-commerce platform.

50.     Amazon uses its website, www.amazon.com, to sell products directly to its subscribers and customers. Products identified on Amazon's website as "Ships from" and "Sold by" Amazon (see below) are sold and shipped directly by and from Amazon. Amazon receives payments from its subscribers and customers for the sale and delivery of these products.

51.     Consumers purchase products that are "sold by Amazon.com" to avoid unwittingly purchasing knockoff/infringing products. In fact, online resources specifically recommend purchasing items "sold by Amazon" to reduce the chance of receiving knockoff products.

52.     Amazon also partners with third parties for Amazon to sell products to Amazon's subscribers and customers.

53.     Via its Kindle Direct Publishing services, Amazon partners with individuals for Amazon to publish books and e-books and sell those books and e-books to Amazon's subscribers and customers.

54.     Amazon controls all aspects of the sales process with its partners. Amazon formats the product's listing on the Amazon platforms. Amazon has the sole discretion to determine the content, appearance, design, functionality, and all other aspects of the listing. Amazon can redesign, modify, remove, or restrict access to any listing. To the extent its partners wish to communicate with Amazon's customers about Amazon orders, they must do so through Amazon's platforms. Amazon may, at any time, in its sole discretion and without notice, suspend, prohibit, or remove product listings associated with Amazon and its partners. Amazon requires its partners to agree that Amazon has the exclusive right to receive all proceeds from all of Amazon's sales on behalf of its partners. And Amazon controls all aspects of cancellations, returns, and refunds for

those sales.

55.     Notwithstanding Amazon's constructive and actual knowledge that Plaintiff does not sell or authorize the resale of any GOLO products through Amazon or on Amazon's e-commerce site, Amazon is systematically perpetrating classic bait-and-switch tactics with its predatory use of the GOLO Trademarks on several levels summarized here and addressed in detail below:

**Deceptive Advertisements**: To divert prospective GOLO customers searching the Internet for GOLO products from Plaintiff's e-commerce site to Amazon's e-commerce site, Amazon falsely advertises its online retail services and e-commerce site by using the GOLO Trademarks in paid and organic search result links, giving the consumer a false impression that he or she can purchase GOLO products on Amazon;

**Deceptive Organic Search Results**: Amazon further exploits the GOLO Trademarks by creating URLs and other content using the GOLO Trademarks for search engines to index and return in response to queries for the GOLO Trademarks to divert traffic from GOLO to Amazon.com, even though none of GOLO's products are sold there;

**Deceptive Search Box Results**: Amazon further exploits the GOLO Trademarks to drive prospective GOLO customers searching, e.g., for "golo release," in Amazon's search box to infringing and counterfeit products that Amazon sells that compete with Plaintiff's products, including weight loss supplements and cookbooks, and by suggesting related search terms using the GOLO Trademarks despite not selling GOLO products; and

**Counterfeit and Infringing Products**: Amazon has adopted and is producing, offering, and selling numerous products under various designations that are

counterfeits of, and/or confusingly similar to Plaintiff's trademarks, such as "GOLO DIET," "GOLO COOKBOOK," "GOLO WEIGHT LOSS," and other GOLO-formative marks or other prominent usage of "GOLO" as a source-indicating function.

       **1.**     **Amazon's Misuse of the GOLO Trademarks in Deceptive Advertisements on Internet Search Engines**

56.    Upon information and belief, Amazon is purchasing and placing deceptive advertising for its e-commerce site and services on various Internet search engines that prominently feature the GOLO Trademarks, without Plaintiff's authorization and consent. Upon information and belief, this conduct is willful and intentional, and is designed by Amazon to increase its own sales as a result of the popularity and goodwill (and search traffic) associated with the GOLO Trademarks, and to unfairly profit from Plaintiff's advertising expenditures related to same.

57.    Amazon is exploiting the GOLO Trademarks in paid and organic search result links on common and popular Internet search engines to falsely advertise goods that it purports to offer on its e-commerce website in order to direct consumer search traffic to Amazon's website. Amazon's "bait-and-switch" conduct is misleading and deceptive to consumers because Amazon does not actually sell any GOLO-, AEROTRAINER-, GO-DIGEST-, REST & GO-, or RELEASE-branded products (or any other products branded with any GOLO Trademarks) that Amazon promotes in these deceptive advertisements, and it harms both Plaintiff and consumers.

58.    At all times relevant to this complaint, Amazon was aware of the products listed and available for purchase on its retail portal and actually or constructively knew that authentic GOLO-brand products were not sold by Plaintiff through Amazon.

59.    During at least 2023 and prior to the date of GOLO's original Complaint, and upon information and belief continuing to present day, Amazon was and is unfairly and without

authorization using the GOLO Trademarks in paid and organic false advertisements to promote its

e-commerce website on the Microsoft Bing Search website,[2] including but not limited to as shown

in the screenshot below, which claims or implies that "Golo Release" is available for sale at

Amazon.com via the accompanying link[3], when it is not:



60.     Upon information and belief, during at least 2024 prior to this Amended Complaint

and continuing to present day, Amazon is unfairly and without authorization using the GOLO

Trademarks in paid and organic false advertisements to promote its e-commerce website on the

Microsoft Bing Search website, including but not limited to as shown in the screenshot below,

which claims that consumers and prospective customers can "Buy aero trainer" via the

accompanying link, when they cannot:

---

[2] *See* https://www.bing.com/search?q=golo+release&cvid=53b23a1f97104d578775f176d24acf50&aqs=edge..69i57j
69i64.3196j0j4&FORM=ANAB01&PC=U531&ntref=1 (last accessed Oct. 19, 2023).

[3] https://www.bing.com/aclk?ld=e8VAuza0ta3b5cBX92fewFfjVUCUwcXcexQsAbMjW-
NQXRXFMFLxWeO6nrIapovDZx6xnedKh9hKZtoHzP4CJWYIRaaCx1QxVopRzbGcQEtJwQoGNxNeCll3HNYd
h5kdfVHqEZf7dCPQTN6vGZHyVpkwa8vAVg18cXjQPqCI2eaU39Q8s_y8hAu8Tbv9mTrDrUseCoow&u=aHR0c
HMlM2ElMmYlMmZ3d3cuYW1hem9uLmNvbSUyZnMlMmYlM2ZpZSUzZFVURjglMjZrZXl3b3JkcyUzZGdvb
G8lMmJyZWxlYXNlJTI2aW5kZXglM2RhcHMlMjZ0YWclM2RtaDBiLTIwJTI2cmVmJTNkcGRfc2xfMjZkd2l5
ZDNteF9lJTI2YWRncnBpZCUzZDEzMzgxMDYyMTcxODcwMTUlMjZodmFkaWQlM2Q4MzYzMTg3NzUyM
Dk2OSUyNmh2bmV0dyUzZG8lMjZodnFtdCUzZGUlMjZodmJtdCUzZGJlJTI2aHZkZXYlM2RjJTI2aHZsb2Npb
nQlM2QlMjZodmxvY3BoeSUzZDg0MDc0JTI2aHZ0YXJnaWQlM2Rrd2QtODM2MzE5ODgyMDA1MTklM2Fsb
2MtMTkwJTI2aHlkYWRjciUzZDIxODQ4XzEzMzIxOTY2&rlid=c2d6a5e42b7412a268ddc0cb6f3d39d7 (last
accessed Oct. 19, 2023)



61.      Upon information and belief, during 2023 and prior to the date of GOLO's original Complaint, and continuing to present day, Amazon is unfairly and without authorization using the GOLO Trademarks in paid and organic false advertisements to promote its e-commerce website on the Google Search website,[4] including but not limited to as shown in the screenshot below, which claims or implies that "Golo Release" is available for sale at Amazon.com via the accompanying link,[5] when it is not:

62.      During 2023 and prior to the date of GOLO's original Complaint, and upon information and belief continuing to present day, Amazon is unfairly and without authorization using the GOLO Trademarks in paid and organic false advertisements to promote its e-commerce website on the DuckDuckGo Search website,[6] including but not limited to as shown in the

---

[4] *See* https://www.google.com/search?q=golo+release&sca_esv=566982129&sxsrf=AM9HkKlrv 8edX0G3STLxF-xBFr7fpCmmAw%3A1695234669166&ei=bToLZY3ECfer5NoPm6a-4Aw&ved=0ahUKEwjNrpCi6bmBAxX3FVkFHRuTD8wQ4dUDCBA&uact=5&oq=golo+release&gs_lp=Egxnd3 Mtd2l6LXNlcnAaAhgCIgxnb2xvIHJlbGVhc2UyBxAjGIoFGCcyChAAGIAEGBQYhwIyCBAAGIAEGLEDMgg QABiABBixAzIIEEAAYgAQYsQMyBRAAGIAEMgUQABiABDIFEAAYgAQYBRAAGIAEMgUQABiABEjWD VCnBVjNDHAAeAKQAQCYAZEBoAGdBaoBAzcuMbgBA8gBAPgBAcICBBAAGEfCAgQQIxgnwgINEAAYg AQYFBiHAhixA8ICChAAGIoFGLEDEGPCAgcQABiKBRhDwgILEAAYgAQYsQMYYiwPCAgoQABiKBRhDG IsDwgIIEAAYgAQYiwPiAwQYACBBiAYBkAYI&sclient=gws-wiz-serp#ip=1 (last accessed Oct. 19, 2023).

[5] https://www.amazon.com/golo-release/s?k=golo+release (last accessed Oct. 19, 2023).

[6] *See* https://duckduckgo.com/?t=h_&q=golo+release&ia=web (last accessed Oct. 19, 2023).

screenshot below, which claims that consumers and prospective customers can "Save on Golo Release supplement" at Amazon.com via the accompanying link,[7] when they cannot:



63.     Upon information and belief, during at least 2023 prior to the date of GOLO's original Complaint and continuing to present day, Amazon is unfairly and without authorization using the GOLO Trademarks in paid and organic false advertisements to promote its e-commerce website on the Yahoo Search website,[8] including but not limited to as shown in the screenshot

---

[7]

https://duckduckgo.com/y.js?ad_domain=amazon.com&ad_provider=bingv7aa&ad_type=txad&eddgt=glOv5velgN AU_LYImtjWmQ%3D%3D&rut=9b08f68bc02afdf48e3ebefd59953b9168e61c4e3a7aec5c38c043d05de97ffe&u3=htt ps%3A%2F%2Fwww.bing.com%2Faclick%3Fld%3De8rgzhcu_DX8_br6wiOiIdijVUCUxuVmMjTVpmtgmkuNE1a ECb9sWJxSMZNzAVnsjVLF_jY_HOAb2pTsBqHEupY64IGyl8fWCiK%2DysZRpO6HV3W12MinpE667DefWy81 pJSWmglehj8TOyMq3dgwYzqZbgocxTa8a0M9sW9mDxCrvgut7S3zepMCjkoqh1TIhx03d_cnNwpYa5Lldaj_3HxHJ t6JM5HxGtDBDmnvDmuKnXf9Tf5pOr1N6i73xpCiEWP1fhQsNFCB1E_UhGx0%2DCsWFfRsSxh_qcIcvcjgvo4I4l Cnqr8rS3cKT_jaKr0HaqLAUktxNLAJ1IC8KwoJ08TFQG16FhYYWH6ZJIc2XkRuU_eoPSqhOiA239_Lxh3Ug48w Gce%2DWTzQMX5o8LJpAUVeMPC2il2FpBqBgN6qIJnr2842Zjo3_LlOigEPwGxy9kTw3R00FJ%2DjgJHa8iG2ZH 7wDnNjQBGOSpocRa3ruk_uDMVBC6rEyHIFWmI8xnjgNRvdkoParL5%2DoVcwuzcjDBFyFQCyJ48sPvMNKGHJ RKVcZzX2ADVcg3tMUFoZcs2dMnuEWaVMVv%2DZlkz83xnVH7crbWHEGkyvmYPU6u8wp9nhnPbCIYNs9p5g cO%2DKmbMmwXxSIg9dvhYgI00xJMqf%2DSBDKK6jDwmXM0cgsjWbgWDX1iklD4I4WejJcQg%2DhX1fpS5ui 8WR4BbLAEyws4dGVpToN314K3d0xvBecVCoI52BUUtJjhnrIt4ULfP2RtsxOnb334jQ%26u%3DaHR0cHMlM2El MmYlMmZ3d3cuYW1hem9uLmNvbSUyZnNlMlmYlM2ZpZSUzZFVURjglMjZrZXl3b3JkcyUzZGdvbG8lMmJy ZWxlYXNlIJTJic3VwcGxlbWVudCUyNmluZGV4JTNkYXBzJTI2dGFnJTNkdHh0c3RkYmdkdC0yMCUyNnJIZi UzZHBkX3NsXzdtenBxeWpkeWpfZSUyNmFkZ3JwaWQlM2QxMjMwMzUzODIyMDg0Mjc3JTI2aHZhZGlkJT NkNzY4OTcyODA1OTE0MDElMjZodm5ldHclM2RzJTI2aHZxbXQlM2RlJTI2aHZibXQlM2RiZSUyNmh2ZGV 2JTNkYyUyNmh2bG9jaW50JTNkJTI2aHZsb2NwaHklM2Q3NjkzMSUyNmh2dGFyZ2lkJTNka3dkLTc2ODk3Mz Q2NzAyNTMyJTNhbG9jLTE5MCUyNmh5ZGFkY3IlM2QxMDczM18xMzU4OTI1OSUyNmxhbmd1YWdlIJTNk ZW5fVVM%26rlid%3D83608c92edb61dde0e1ce9bdae2237e3&vqd=4-25503117512685533120795073586987156608 8&iurl=%7B1%7DIG%3D627B322E2D7F4E288C89706C46C3170 D%26CID%3D0F8FB098D1C96E730D0BA336D00E6F02%26ID%3DDevEx%2C5067.1 (last accessed Oct. 19, 2023).

[8] *See* https://search.yahoo.com/search?p=golo+release&fr=yfp-t&fr2=p%3Afp%2Cm%3Asb&ei=UTF-8&fp=1 (last

below, which claims that consumers and prospective customers can "Get Deals and Low Prices on Golo Release on Amazon" via the accompanying link, [9] when they cannot:



64.     Upon information and belief, during at least 2024 prior to this Amended Complaint and continuing to present day, Amazon is unfairly and without authorization using the GOLO Trademarks in paid and organic false advertisements to promote its e-commerce website on the Yahoo search website,[10] including but not limited to as shown in the screenshot below, which claims that consumers and prospective customers can "Save on golo go digest" via the accompanying link,[11] when they cannot.

---

accessed Oct. 19, 2023).

[9]

https://r.search.yahoo.com/cbclk2/dWU9MEZBMTFCMTAwRTkxNDgwMSZ1dD0xNjk3NTk2Mzk3MTIyJnVvPT
gzNjMxODc3NTIwOTY5Jmx0PTImcz0xJmVzPXhuWm12TmtHUFM5MFJmZ2pWd3dhVlh1OUpZUExma3VG
Vk03TmJianZZaGp2WEkuVA--
/RV=2/RE=1697625197/RO=10/RU=https%3a%2f%2fwww.bing.com%2faclick%3fld%3de8GCVCWwpRBwLztR_
pgD675TVUCUxK7lIZwBmqN0TkHaWEI8RuBNrSPiQ2_4oPIs49I22Tgj36z7_dBIrMgA4bkaCAhc52x3Q0urakV
OkOZyRC2vBU25SxK11dBKViTBZydpCG1Ih4yND_J7RA-
IUsXScSkcx0fgK1ytwLnLDInWR4su0Mv4yOgAVguO19DvfPjGTyIA%26u%3daHR0cHMlM2ElMmYlMmZ3d3c
uYW1hem9uLmNvbSUyZnMlMmYlM2ZpZSUzZFVURjglMjZrZXl3b3JkcyUzZGdvbG8lMmJyZWxlYXNlJTI2aW
5kZXglM2RhcHMlMjZ0YWclM2RtaDBiLTIwJTI2cmVmJTNkcGRfc2xfMjZkd2l5ZDNteF9lJTI2YWRncnnBpZCUz
ZDEzMzgxMDYyMTcxODcwMTUlMjZodmFkaWQlM2Q4MzYzMTg3NzUyMDk2OSUyNmh2bmV0dyUzZG8lM
jZodnFtdCUzZGUlMjZodmJtdCUzZGJlJTI2aHZkZXYlM2RjJTI2aHZsb2NpbnQlM2QlMjZodmxvY3BoeSUzZDU2
MzA3JTI2aHZ0YXJnaWQlM2Rrd2QtODM2MzE5ODgyMDA1MTklM2Fsb2MtMtMTkwJTI2aHlkYWRjciUzZDIxO
DQ4XzEzMzIxOTY2%26rlid%3d8275baf057fb1cf2170ddfdf1416a07c/RK=2/RS=PgFSYhYpFn1rxXTLfN4j6DIuzt
I-;_ylt=AwrijRXtQy9I3ikAYCdXNyoA;_ylu=Y29sbwNiZjEEcG9zAzE4BHZ0aWQQDBHNlYwNvdi10b3A-
;_ylc=X3IDMgRydAMw

[10]

https://search.yahoo.com/search;_ylt=AwrigNzc.3Rm6ZgOqp1DDWVH;_ylc=X1MDMTE5NzgwNDg2NwRfcgM
yBGZyAwRmcjIDcDpzLHY6c2ZwLG06c2ItdG9wBGdwcmlkA1ZqSVZMWTV5UXJpRm5rS2EzRnVOdkEEbl9y
c2x0AzAEbl9zdWdnAzEEb3JpZ2luA3NlYXJjaC55YWhvby5jb20EcG9zAzAzAzEcHFzdHIDBHBxc3RybAMwBHFz
dHJsAzI5BHF1ZXJ5A2J1eSUyMGdvbG8lMjBnby1kaWdlc3QlMjBzdXBwbGVtZW50BHRfc3RtcAMxNzE4OT
QyNzAy?p=buy+golo+go+digest+supplement&fr=sfp&fr2=p%3As%2Cv%3Asfp%2Cm%3Asb-top&iscqry= (last
accessed June 19, 2024)

[11]

29

www.amazon.com · Made In USA

## Save on golo go digest - Amazon.com Official Site

amazon.com has been visited by 1M+ users in the past month
Browse & discover thousands of brands. Read customer reviews & find best sellers. Find deals and low prices on golo go digest at Amazon.com

Shop truly keto reviews          Buy Atkin Keto Now

Buy Keto Pills Now              Oxymind Oxytocin

Buy Max Keto Now               NAC 600Mg Supplement

65.     Upon information and belief, during at least 2024 prior to this Amended Complaint and continuing to present day, Amazon is unfairly and without authorization using the GOLO Trademarks in paid and organic false advertisements to promote its e-commerce website shown on the Yahoo Search website,[12] including but not limited to as shown in the screenshots below, which claim that consumers and prospective customers can purchase and get "Deals On golo foods" via the accompanying links,[13] when they cannot.

---

https://www.amazon.com/s?k=golo+go+digest&adgrpid=1340306400067705&hvadid=83769436666118&hvbmt=b p&hvdev=c&hvlocphy=48173&hvnetw=o&hvqmt=e&hvtargid=kwd-83770205607675%3Aloc-190&hydadcr=2307_13458910&msclkid=fedd6f76ddfd166342940905e7fb0933&tag=mh0b-20&ref=pd_sl_38q65hjllo_p (last accessed June 19, 2024)

[12]
https://search.yahoo.com/search;_ylt=AwrNOjVs_nRmfhQOsgdDDWVH;_ylc=X1MDMTE5NzgwNDg2NwRfcg MyBGZyAwRmcjIDcDpzLHY6c2ZwLG06c2ItdG9wBGdwcmlkA2E5TlJSUzNPUVdXV2t6d1dwalhQaEEEbl9yc 2x0AzAEbl9zdWdnAzIEb3JpZ2luA3NlYXJjaC55YWhvby5jb20EcG9zAzAEcHFzdHIDBHBxc3RybAMwBHFzd HJsAzIxBHF1ZXJ5A2J1eSUyMGdvbG8lMjBmcm96ZW4lMjBmb29kcwR0X3N0bXADMTcxODk0OMzM2Mg--?p=buy+golo+frozen+foods&fr=sfp&fr2=p%3As%2Cv%3Asfp%2Cm%3Asb-top&iscqry= (last accessed June 19, 2024);
https://search.yahoo.com/search;_ylt=AwrigZCB_nRmKwQAQpxXNyoA;_ylc=X1MDMjc2NjY3OQRfcgMyBGZ yA3NmcARmcjIDc2ItdG9wBGdwcmlkA2VCVEVFWGNjUU9xMXJkenFYVjlhdEEEbl9yc2x0AzAEbl9zdWdnA zQEb3JpZ2luA3NlYXJjaC55YWhvby5jb20EcG9zAzAEcHFzdHIDBHBxc3RybAMwBHFzdHJsAzE0BHF1ZXJ5 A2J1eSUyMGdvbG8lMjBmb29kcwR0X3N0bXADMTcxODk0OMzM5Nw--?p=buy+golo+foods&fr=sfp&fr2=sb-top&iscqry= (last accessed June 19, 2024).

[13]
https://www.amazon.com/s?k=golo+frozen+foods&adgrpid=1338108075898967&hvadid=83632021179824&hvbm t=bp&hvdev=c&hvlocphy=48173&hvnetw=o&hvqmt=p&hvtargid=kwd-83632823939512%3Aloc-190&hydadcr=4822_13210745&msclkid=61cf038a1e721df2f4d165f9206a466b&tag=mh0b-20&ref=pd_sl_7m5ioooown_p (last accessed June 19, 2024);
https://www.amazon.com/s?k=golo+foods&adgrpid=1346902308133071&hvbmt=be&h vdev=c&hvlocphy=48173&hvnetw=o&hvqmt=e&hvtargid=kwd-84181738183565%3Aloc-190&hydadcr=4015_13229826&msclkid=8f0fd55349d91d0d3b56b3207748ca93&tag=mh0b-

Ads related to: buy golo foods frozen

www.amazon.com

**golo frozen foods - A Wide Range Of Products**
amazon.com has been visited by 1M+ users in the past month
Read Customer Reviews & Find Best Sellers. Free, Easy Returns On Millions Of Items. Get Deals and Low Prices On **golo frozen foods** On Amazon

www.amazon.com

**golo foods - Deals On golo foods - Shop Now At Amazon**
Like a Classic Fairytale, Our Grocery Selection Have Every Unique Taste You Need. Get Deals and Low Prices On **golo foods** At Amazon
Read Ratings & Reviews · Fast Shipping · Shop Our Huge Selection · Deals of the Day
AmazonFresh  -  Amazon Prime Benefits  -  Amazon Deals  -  Amazon Music Unlimited

66.     By way of illustration and not by way of limitation, information and advertising disclosures embedded in the Microsoft Bing Search website reveals that these advertisements are placed by and paid for by Amazon and their subsidiary entities or business lines, including at least "Amazon.com Services Inc." and "US Amazon Services – Desktop O&O," as shown in the following image under the description "Advertiser Details":

---

20&ref=pd_sl_113a2v3plp_e (last accessed June 19, 2024).



67.     In connection with the foregoing unfair Deceptive Advertisements, including as described in paragraphs 55-69 herein, upon information and belief, Amazon is also purchasing advertising key words containing the GOLO Trademarks from Microsoft, Google, Yahoo, DuckDuckGo, and others in order to promote the search rank and result listing of the Amazon Deceptive Advertisements.

68.     In the Deceptive Advertisements, Amazon is misleading and deceiving consumers and Plaintiff's prospective customers by either claiming or implying that authentic GOLO-branded products, including Plaintiff's RELEASE®-, GO-DIGEST®-, and REST & GO™-branded supplement products and Plaintiff's AEROTRAINER® exercise product, are available for sale at Amazon's website, when that is not true.

69.     Upon information and belief, Amazon is intentionally and willfully using the GOLO Trademarks in connection with the Amazon Deceptive Advertisements as a bait-and-switch, where Amazon predatorily diverts consumers and prospective customers of Plaintiff to

Amazon's website for the purchase of products, including competing nutritional supplements, cookbooks, and other products sold on Amazon by GOLO's competitors and Amazon, for which Amazon receives a percentage of sales. As a result, both consumers and GOLO are harmed.

### 2.    Amazon's Misuse of the GOLO Trademarks to Divert Traffic from GOLO to Amazon.com Through Organic Search Results

70.    Search engines like Google Search, Bing, and others use web-crawling software to search the Internet to create and index the pages it discovers. This process helps search engine algorithms understand what types of content are on a particular page to determine whether that page should be included in relevant search results for a particular query. When a user enters a query into a search engine, the engine quickly searches for such relevant pages and returns the results that, according to the search engine, are relevant to the query. At no point do search engines create any content that they return in response to a query. Rather, everything that returns already exists on the Internet, created by another. The search engine simply indexes such pre-existing content into results for the benefit of the user.

71.    As it relates to the organic search results at issue here, when users enter and search for queries using GOLO's trademarks (e.g., "golo release") in various search engines, organic search results for Amazon.com return that show GOLO's trademarks in the URLs, links, text, and title of the search results—even though none of GOLO's products are sold on Amazon.com. An example of one such organic search result returning from a search for "golo release" on Google Search performed on July 11, 2024 is shown below, with additional information about the source that is provided by Google Search expanded:



72.    Amazon.com is listed as the source of this search result, which was returned by Google Search because the terms "golo" and "release" appear from this Amazon.com source. The same is true for the other organic search results at issue in this case.

73.    Because search engines do not create any of the content shown in the results they return (they simply index such content), the organic search result shown above (and others like it) only appear because Defendants actively created a URL (and/or other content) using the GOLO Trademarks for search engines to index and return in response to queries for the GOLO Trademarks to divert traffic from GOLO to Amazon.com, even though none of GOLO's products are sold there.

     3.       **Amazon's Misuse of the GOLO Trademarks Used as Search Terms to Display Deceptive Search Box Results that Promote Products that Compete with Plaintiff's Products**

74.    In addition to promoting false and misleading advertisements that provide a link to an Amazon platform on third-party search engines in connection with the Amazon Deceptive Advertisements, which prominently feature unauthorized use of the GOLO Trademarks, Amazon is further misusing the GOLO Trademarks on its own website to unfairly compete with Plaintiff.

75.    Upon information and belief, Amazon is misusing and exploiting the GOLO Trademarks as search terms on its own website in a way that unfairly and predatorily misleads and deceives consumers and causes consumer confusion that is damaging to Plaintiff and consumers.

76.    For example, many consumers shop on Amazon.com using Amazon's search box. A customer inputs text into the search box to obtain a results page containing a number of product listings, each with an image, title, price, shipping charge (if any), an average customer rating on a scale from one to five stars, and the number of customer reviews ("Search Box Results").

77.    Certain product listings have additional identifiers, such as: (a) "Sponsored"; (b) "Best Seller"; (c) "Amazon's Choice"; or (d) a bright colored box indicating a sale price. The first identifier, "Sponsored," refers to Sponsored Ads, which means that such product listings are paid display ads as opposed to organic search results. The other three identifiers serve as inducements and attention-getters for shoppers' special consideration and immediate action.

78.    Amazon's Search Box, which leads consumers to associated Search Box Results, is a principal source of Amazon's online consumer and business sales. A screenshot of a query for "golo" in Amazon's Search Box on October 19, 2023, gave numerous results ("Deceptive Search Box Results"):



79.    Similarly, on or about October 18, 2023, a query for "Golo" in the Amazon Search Box, under all departments, provided numerous results ("Deceptive Search Box Results"). Ex. B.

80.    Notably, many of the Deceptive Search Box Results do not explicitly bear the GOLO Trademarks, indicating that Amazon has associated these products with the GOLO Trademarks in a fashion that consumers cannot observe, thereby rendering that connection unclear and confusing for consumers. Many of these products directly compete with Plaintiff, including various dietary supplements, including as set forth below:

**Results**

Check each product page for other buying options.



Sponsored ⓘ

Goli Apple Cider Vinegar Gummy Vitamins - 60 Count - Vitamin B12, Gelatin-Free, Gluten-Free,...

Gummy   60 Count (Pack of 1)

★★★★⯪ ~ 358,082
50K+ bought in past month

$14⁹⁸ ($0.25/Count)
$13.48 with Subscribe & Save discount
✓prime One-Day
FREE delivery **Tomorrow, Oct 19**
Or FREE delivery **Overnight 4 AM - 8 AM** on $25 of qualifying items

Add to Cart



Sponsored ⓘ

LES Labs Insulin Health – Metabolic Health, Glucose Support, Lipid & Carbohydrate...

Capsule   60 Count (Pack of 1)

★★★★⯪ ~ 3,253
1K+ bought in past month

$32⁹⁹ ($0.55/Count) List: $49.99
$29.69 with Subscribe & Save discount
✓prime One-Day
FREE delivery **Tomorrow, Oct 19**
🏢 Small Business ⌄

Add to Cart



Sponsored ⓘ

Golo Diet for Beginners Revolution Cookbook: Ultimate 28-Day Plan for Fast Weight Loss, Comprehensive Weekly Shoppin...
by Felicia Feast

★★★★★ ~ 115

Paperback
$14⁹⁹
You Earn: 15 pts
✓prime
FREE delivery **Mon, Oct 23**

Add to Cart



Sponsored ⓘ

GOLO Weight Loss Diet Cookbook for Women: A Healthy Collection of 99+1 Low-calories Recipes to Reduce Insulin...
by Sara Trever

★★★☆☆ ~ 12

Paperback
$13⁹⁹
You Earn: 14 pts
✓prime Two-Day
FREE delivery **Fri, Oct 20**

Add to Cart



Goli Apple Cider Vinegar Gummy Vitamins - 60 Count - Vitamin B12, Gelatin-Free, Gluten-Free,...

Gummy   60 Count (Pack of 1)

★★★★⯪ ~ 358,082
50K+ bought in past month

$14⁹⁸ ($0.25/Count)
$13.48 with Subscribe & Save discount
✓prime One-Day
FREE delivery **Tomorrow, Oct 19**
Or FREE delivery **Overnight 4 AM - 8 AM** on $25 of qualifying items

Add to Cart

---

Overall Pick ⓘ



Goli SuperGreen Vitamin Gummy - 180 Count - Essential Vitamins and Minerals - Plant-Based,...

60 Count (Pack of 3)

★★★★⯪ ~ 8,643
100+ bought in past month

$44⁹⁸ ($0.25/Count)
$40.48 with Subscribe & Save discount
✓prime One-Day
FREE delivery **Tomorrow, Oct 19**

Zobmondo!! GOLO Golf Dice Game | for Golfers, Families, and Kids | Portable Fun Game for Home, Travel, Camping, Vacatio...

★★★★⯪ ~ 670
100+ bought in past month

$14⁹⁹ List: $29.99
✓prime One-Day
FREE delivery **Tomorrow, Oct 19**
🏢 Small Business ⌄
More Buying Choices
$6.00 (22 used & new offers)
Ages: 6 years and up



Bulletproof Apple Cider Vinegar Max Sugar-Free Gummies, 60 Count, Keto Supplement for...

Gummy   60 Count (Pack of 1)

★★★★⯪ ~ 628
1K+ bought in past month

$24⁹⁵ ($0.42/Count)
$22.46 with Subscribe & Save discount
✓prime One-Day
FREE delivery **Tomorrow, Oct 19**

Add to Cart



Bragg Apple Cider Vinegar Capsules - Vitamin D3 & Zinc - 750mg of Acetic Acid – Immune ...

Capsule   90 Count (Pack of 1)

★★★★⯪ ~ 14,160
10K+ bought in past month

$16⁹⁹ ($0.19/Count) List: $19.99
$15.29 with Subscribe & Save discount
✓prime One-Day
FREE delivery **Tomorrow, Oct 19**
Or FREE delivery **Overnight 4 AM - 8 AM** on $25 of qualifying items

Add to Cart



Lipozene MEGA Bottle - 120 Capsules, Making it Our Largest Size Available - Appetite...

Capsule   120 Count (Pack of 1)

★★★★⯪ ~ 12,747
1K+ bought in past month

$32⁹⁵ ($0.27/Count) List: $39.95
$31.30 with Subscribe & Save discount
✓prime One-Day
FREE delivery **Tomorrow, Oct 19**
Options: 7 sizes
🏢 Small Business ⌄

Add to Cart



81.    Other Search Box Results display the term "Golo" and are Infringing Products (discussed below), some of which bear a "Sponsored" designation, demonstrating that Amazon had actual knowledge of these Deceptive Search Box Results and has elected to actively encourage consumers to purchase these products.



82.     Some Search Box Results display the term "Golo" but involve non-competing

products, e.g.:

 

Ex. B at 1, 3, 17.

83.     The return of some Search Box Results that are unrelated to Plaintiff's products but

that explicitly use the term "Golo" alongside the results involving directly competing products that

do not use the term "Golo" demonstrates that Amazon has taken active steps to divert customers

looking for Plaintiff's products to different products sold by Amazon.

84.     Further, at the bottom of the Search Box Results, Amazon lists "Related Searches" that a consumer may be interested in based on their initial search. The "Related Searches" from the Deceptive Search Box Results, which are suggested by Amazon, all relate to Plaintiff's goods and services and prominently use the GOLO Trademarks, despite Amazon's actual and constructive knowledge that Plaintiff does not sell such products on Amazon:

**Related searches**

| | | |
|---|---|---|
| 🔍  golo release diet pills | 🔍  golo release | 🔍  golo diet pills |
| 🔍  golo weight loss 30 day supply | 🔍  golo diet | 🔍  go lo |

Ex. B at 5.

85.     Amazon is unfairly competing with Plaintiff and deceiving customers through Amazon's misuse of the GOLO Trademarks in connection with Amazon's Deceptive Search Box Results by advertising and promoting competitor products and the Infringing Products in response to a search for the term "Golo."

86.     Amazon's Deceptive Search Box Results for "Golo" are confusing, misleading, false, and deceptive.

87.     Upon information and belief, Amazon profits from sales of such listed products to deceived consumers, as are contained in the Deceptive Search Box Results, while consumers and Plaintiff are harmed, including but not limited to the loss of profits Plaintiff otherwise could have made.

### 4.     Amazon's Counterfeiting and Infringement of the GOLO Trademarks

88.     Upon information and belief, Amazon operates the Amazon Brand Registry, a system operated by Amazon that purports to help companies "protect [their] intellectual property

regardless    of    whether    [they]    sell    in    [Amazon's]    store    –    for    free."
https://brandservices.amazon.com/brandregistry.

89.     For a number of years, Plaintiff participated in the Amazon Brand Registry because
Amazon required that Plaintiff use such Registry to report trademark violations. During that time,
in order to protect the valuable GOLO Trademarks, Plaintiff submitted complaints and "takedown"
requests with respect to products listed on Amazon that infringed the GOLO Trademarks. In
response, Amazon took action to remove such infringing product listings on the basis of Plaintiff's
proprietary rights in and to the GOLO Trademarks.

90.     By way of example only, and on the basis of Amazon's knowledge of Plaintiff's
rights in and ownership of the GOLO Trademarks, from January 1, 2023 to March 29, 2023,
approximately 30 listings for cookbooks were removed from Amazon as a result of complaints
and "takedown" requests submitted by Plaintiff.

91.     On approximately March 29, 2023, Plaintiff received a notice on Amazon's Brand
Registry portal revoking Plaintiff's access to report trademark violations. Thereafter, on
approximately March 31, 2023, Plaintiff submitted a complaint to Amazon regarding a new listing
believed to infringe the GOLO Trademarks. Amazon refused to take action on the basis of
Plaintiff's complaint, and suspended Plaintiff's ability to submit trademark complaints on the
Amazon Brand Registry. Plaintiff submitted an appeal request to Amazon regarding Plaintiff's
Brand Registry account, but Amazon confirmed that Plaintiff's appeal was "declined" and the
decision revoking Plaintiff's use of the Amazon Brand Registry for trademark violations was final.

92.     Thereafter, Amazon continued to produce, advertise, and sell a large number of diet
plans, cookbooks, and collections of recipes bearing the GOLO Trademarks (collectively, the
"Infringing Products"), including as depicted below:

    

    

    

    

    

    

    

    

    

 

93.     Amazon advertises many of the Infringing Products as diet plans, akin to the GOLO For Life plan, using the identical GOLO mark, including as shown below. Consumer reviews for the Infringing Products such as these indicate that consumers believed they were purchasing the authentic GOLO For Life plan.

| Product | Amazon's Description |
|---------|---------------------|
| *GOLO DIET BOOK FOR SENIORS: Comprehensive weight loss and health improvement plan featuring delicious Golo diet recipes for seniors* | "The first part of the book provides a scientific explanation for why the GOLO Diet is so beneficial for the elderly. This book shows why the GOLO Diet is a great option |

| Product | Amazon's Description |
|---|---|
| https://www.amazon.com/GOLO-DIET-BOOK-SENIORS-Comprehensive/dp/B0C1HVP9L5/ (last accessed July 16, 2024) | for seniors looking to maintain a healthy weight and way of life.<br><br>The rest of the book delves into the GOLO Diet's tenets and rules, such as how to evaluate your present lifestyle, keep track of your progress, and establish attainable, realistic, and time-bound objectives. The book also includes advice on how to develop an individual strategy for success and maintain enthusiasm at every stage."<br><br>"The manual also includes advice on how to make the most of social gatherings and restaurants, as well as methods for dealing with setbacks and maintaining drive." |
| *GOLO DIET AND FOOD LIST GUIDE: Learn How Low Glycemic Foods Can Improve Your Health and How to Control Your Blood Sugar*<br><br>https://www.amazon.com/GOLO-DIET-FOOD-LIST-GUIDE/dp/B0C2SCKVL8/ (last accessed July 16, 2024) | "If that's the case, the Golo Diet and Food List Guide is probably what you're looking for. This all-inclusive manual is meant to help you improve your health and reduce weight via a variety of food and lifestyle adjustments.<br><br>The Golo diet is focused on insulin management, which entails lowering insulin resistance and maintaining healthy blood sugar levels. The Golo diet is effective for weight loss, increased energy, and decreased risk of chronic illness because it emphasizes the consumption of whole, unprocessed foods while discouraging the consumption of items with a high glycemic index.<br><br>The fundamentals of the Golo diet, including what to eat and what to avoid, as well as tips for meal planning and preparation, are laid out in this book. Meal plans for breakfast, lunch, and supper, as well as suggestions for snacks to keep you going, are included. The program also contains sections on how to exercise, manage stress, and get adequate sleep to aid with weight reduction." |

| Product | Amazon's Description |
|---|---|
| *GOLO DIET: Complete Step By Step Guide On How To Use Golo Diet To Lose Weight*<br><br>https://www.amazon.com/GOLO-DIET-Complete-Guide-Weight/dp/B0C2S5MG9P/ (last accessed July 16, 2024) | "GOLO DIET Complete Step By Step Guide On How To Use Golo Diet To Lose Weight<br><br>Golo diet started in 2009; the diet was brought about by a team of doctors and pharmacist. In Golo diet you are expected to eat 1,300 to 1,500 nutritional calories per day, you are also to take a dietary supplement known as Release. The aim of Golo diet is to become healthy.<br><br>In this book you will get the following<br><br>• What is Golo diet<br>• How Golo diet work<br>• What is Golo diet supplement<br>• Food to eat and avoid on Golo diet<br>• Benefit of Golo diet<br>• Potential downside of Golo diet<br>• Golo diet food recipes" |

94.    On information and belief, Amazon first began producing, marketing, advertising, and selling as least some of the Infringing Products in mid-March 2023.

95.    Between June and August 2023, and after Plaintiff's ability to resolve infringement matters through the Amazon Brand Registry was revoked, Plaintiff noted that the breadth and selection of Amazon's Infringing Products appeared to be increasing steadily, with new listings added frequently.

96.    Attached as Exhibit C is a table listing the various Infringing Products, as of July 12, 2024, together with Amazon's unique ASIN, the price, the availability through Kindle Unlimited, and the author. Upon information and belief, all of the Infringing Products are produced, promoted, and sold "by Amazon.com." Indeed, all the listings for the Infringing Products expressly indicate they are "shipped by" and "sold by" Amazon.com. Many of the products listed in Exhibit C continued to be offered for sale after August 13, 2024.

97.     Upon information and belief, many, if not all, of the Infringing Products are made and published by Amazon through its Kindle Direct Publishing service. Upon information and belief, the geographic locations identified in the "made in" designation stamped on many of the Infringing Products are where Amazon's Kindle Direct Publishing facilities are located. Upon information and belief, one such publishing facility where the Infringing Products are published is located in Middletown, Delaware.

98.     Based on Amazon's correspondence suspending recognition of Plaintiff's GOLO Trademarks in the Amazon Brand Registry, Amazon refuses to consider any trademark-related product complaints by Plaintiff arising from Plaintiff's rights in the GOLO Trademarks, and Amazon refuses to remove any Infringing Products from its product listing.

> **a.     Consumer Confusion and Negative Customer Associations Arising From Amazon's Counterfeiting and Trademark Infringement**

99.     In the relatively short amount of time that Amazon has been selling the Infringing Products, consumers have expressed negative views about the Infringing Products and, based on Amazon's infringing use of GOLO's Trademarks, falsely believe they are authentic or sponsored GOLO products containing recipes that comply with Plaintiff's plan, when they are not. Consumers have also expressed the belief that they are purchasing the authentic GOLO For Life plan when, in reality, they are purchasing an Infringing Product that is not affiliated or otherwise approved by GOLO. GOLO has received numerous phone calls, emails, and social media messages from consumers who purchased an Infringing Product from Amazon. These consumers reach out to GOLO with complaints about the Infringing Products under the mistaken assumption that GOLO made or authorized the products and thus can assist consumers with their issues. Moreover, because most people do not submit reviews or complaints, these reviews likely are just the tip of the iceberg of actual instances of confusion and/or dissatisfaction.

100.     In addition, when Amazon's customers receive infringing products "sold by Amazon" of a quality inferior to genuine GOLO products, they are likely to attribute that inferior quality to Plaintiff—thus harming the reputation Plaintiff worked so hard to build.

101.     The Infringing Products are of low quality and appear to be, in large part, AI-generated. Many are riddled with typographical errors and nonsensical text, feature duplicate recipes, and lack recipe images typical of quality publications and cookbooks. Worse still, many of the cookbooks include recipes that are not compatible with GOLO's program.

102.     At least some of the Infringing Products are authored by individuals who, upon information and belief, do not exist, including "authors" claiming to have dietary and nutritional expertise. For example, a book titled *Golo Diet for Beginners Revolution Cookbook: Your Comprehensive Guide to Health and Weight Loss, 28-Day Meal Plans, Weekly Grocery Lists, Stunning Color Recipes, and Personalized Nutrition Insights*[14] is "authored" by "Clara Pure." According to her author bio on the Amazon website, Ms. Pure is "a renowned American author known for her expertise in diet and nutrition" who "holds a Bachelor's degree in Nutritional Sciences and a Master's degree in Public Health, with a focus on nutrition education."[15]

---

[14] https://www.amazon.com/Golo-Diet-Beginners-Revolution-Cookbook-ebook/dp/B0CPM7MJNP (last accessed June 21, 2024).

[15] https://www.amazon.com/stores/author/B0CQ2W6664/about (last accessed June 21, 2024).

## Clara Pure



### About the author

Clara Pure is a renowned American author known for her expertise in diet and nutrition. Born and raised in Los Angeles, she holds a Bachelor's degree in Nutritional Sciences and a Master's degree in Public Health, with a focus on nutrition education.

Her writing emphasizes balanced diets, mindful eating, and sustainable lifestyle changes.

A trusted voice in nutrition, Clara Pure inspires individuals to embrace healthier eating habits and achieve their wellness goals. She also advocates for community health initiatives and engages in public speaking to share her expertise.

*Amazon Bio of "Clara Pure"*



*GOLO Books Authored by "Clara Pure" Sold on Amazon*

103.    Upon information and belief, "Clara Pure" does not exist. The image included in

her author bio is a stock image available on freepik.com under "portrait young business woman."[16] The woman in the image is also pictured in several other freepik.com stock images.[17]

104.    A book titled *GOLO Weight loss Diet Cookbook for Women: A Healthy Collection of 99+1 Low-calories Recipe to Reduce Insulin Resistance, Stubborn Belly Fat, and Stay in Shape. (How to diet)*[18] is "authored" by Sara Trever. According to her author bio on the Amazon website, Ms. Trever is a "passionate home cook" and "healthy eating advocate" who has "spent years researching and experimenting with recipes that promote health."[19]

## Sara Trever



### About the author

SARA TREVER is a dedicated mother, a passionate home cook, and a healthy eating advocate. Sara has spent years researching and experimenting with recipes that promote health and taste without sacrificing either in order to create good, nourishing meals for her family. Her passion for cooking shines through in every dish she creates, as she believes that sharing a good meal with loved ones is one of the most gratifying ways to connect.

Sara's delight in authoring cookbooks and other books around healthy eating demonstrates her dedication to educating people about the benefits of healthy eating. Her love of cooking and passion for healthy living shine through on every page, giving readers a great resource to help them on their path to better health and happiness.

*Amazon Bio of "Sara Trever"*

---

[16] https://www.freepik.com/free-photo/portrait-young-business-woman_13296698.htm#&position=17&from_view=collections&uuid=24a3fdf8-683c-48b5-83f2-03217051b6a4 (last accessed June 21, 2024).

[17] https://www.freepik.com/serie/13296779 (last accessed June 21, 2024).

[18] https://www.amazon.com/GOLO-Weight-loss-Cookbook-Women-ebook/dp/B0C3RH8RK5/ (last accessed June 21, 2024).

[19] https://www.amazon.com/stores/author/B0C3RKZHXR/about (last accessed June 21, 2024).

 

*GOLO Books Authored by "Sara Trever" Sold on Amazon*

105.    Upon information and belief, "Sara Trever" does not exist. The image included in her author bio also appears on resume2024.com, in a template resume for a "certified nurse midwife."[20]

106.    "Julian Gold" has "authored" multiple "GOLO" cookbooks that have been sold and/or offered for sale by Amazon. According to his author bio on the Amazon website, Mr. Gold is a "recognized expert and influential figure in the sphere of the GOLO Diet" and a "a leading authority on the GOLO Diet."[21]

---

[20] https://www.resume2024.com/certified-nurse-midwife-resume-template-2024-download-in-word-pdf/ (last accessed June 21, 2024).

[21] https://www.amazon.com/stores/author/B0CC5LPL46/about (last accessed June 21, 2024).

## Julian Gold



### About the author

Julian Gold is a recognized expert and influential figure in the sphere of the GOLO Diet. With a wealth of experience and a profound understanding of holistic health, he has dedicated his career to demystifying the principles of this unique approach to nutrition and wellness.

Currently residing in the scenic landscape of Sussex, just on the outskirts of London, England, Julian is surrounded by the joy and vitality of his family. His wife, two energetic sons, a lovely daughter, and their cherished pets - two cats and a dog - provide daily inspiration in his pursuit of wellness.

As a leading authority on the GOLO Diet, Julian empowers individuals to embark on a journey of mindful and balanced living. He firmly believes in the power of diet in nourishing not just the body, but also the mind and soul, and he incorporates these principles in his teachings.

*Amazon Bio of "Julian Gold"*

   

*GOLO Books Authored by "Julian Gold" Sold on Amazon*

107.    Upon information and belief, Mr. Gold does not exist. The profile cover photo for the "Julian Gold" Facebook page appears to be AI-generated and taken from a Russian blog website.

108.    A book titled *30 Minute GOLO Diet Cookbook*[22] is "authored" by Dr. Laura

---

[22] https://www.amazon.com/MINUTE-GOLO-DIET-COOKBOOK-Sustainable/dp/B0D2QXKG6X?ref_=ast_author_dp&dib=eyJ2IjoiMSJ9.PVEM0q3XqxJl5TSsJ64zFkzcu1ApeNlF Nsq3LSJmLHtIVb6isK4-EJ9jbQRQ_0YC5bC1aViB2PtTgRCpPM4dWuAqnxy3iJjPAD77LAoAudG3hOuqNOME-r394dmyybxz8TBK5R42o_FGtPI16qc_STCyiRf9AYvR3HObr-

Antonio. According to her author bio on the Amazon website, Dr. Antonio is a "an experienced cookbook writer" who "weaves a tale of flavors, passion, and a relentless pursuit of gastronomic excellence."[23]

## Dr Laura Antonio



### About the author

In the rich tapestry of culinary exploration, my journey as an experienced cookbook writer weaves a tale of flavors, passion, and a relentless pursuit of gastronomic excellence. From the early pages of my life, the aromatic memories of family kitchens fueled my curiosity, and with each turn of the spatula, my culinary odyssey unfolded.

As a wordsmith of the kitchen, my cookbooks transcend mere recipes; they are epic narratives of my love affair with ingredients, blending the artistry of flavors into a masterpiece. Each page is a brushstroke, painting a canvas of delectable experiences that invite readers to embark on a culinary adventure.

*Amazon Bio of "Laura Antonio"*



*GOLO Books Authored by "Laura Antonio" Sold on Amazon*

---

vdpwE.QhfdOHhEnLxDXMyS2qYz8m3jH_rR1HHixtSfSA0jmXc&dib_tag=AUTHOR (last accessed June 21, 2024).

[23] https://www.amazon.com/stores/author/B0CSXM3V17/about (last accessed June 21, 2024).

109.    Upon information and belief, Dr. Antonio does not exist. The profile cover photo of "Dr. Laura Antonio" appears in multiple places online, including in the obituary for Gertie Baker, who died on May 25, 2024.[24]

110.    The following tables illustrate example reviews associated with a large number of the Infringing Products demonstrating that consumers were confused and purchased a book believing it was sponsored by or originated from Plaintiff and/or at least promoted Plaintiff's plan and were dissatisfied with, for example, the book's general content, diet plan, recipes, and/or quality. While a few purchasers eventually realized, subsequent to their purchase of the Infringing Products, that the book was not sponsored by or associated with Plaintiff and/or did not comply with Plaintiff's authentic GOLO plan and they were "scammed," other purchasers remain confused and were left with a negative impression of Plaintiff and/or its plan:

> i.    **Amazon's Copycat Product Titled: "GOLO DIET BOOK FOR SENIORS: Comprehensive weight loss and health improvement plan featuring delicious Golo diet recipes for seniors" (ASIN: B0C1HVP9L5):**

| Reviewer (stars) | Comment |
|---|---|
| BJ Star (1/5) | Don't buy it. Repeats the same thing in almost every chapter. You'd be better off buying pretty much any other GOLO book and get the same information and recipes. |
| Amazon Customer (1/5) | There is not a single "recipe" in this pamphlet. Clearly states there are recipes. Don't waste your money. |

Exhibit D hereto sets out the product information page and review listing for this Infringing Product available for sale and being sold on Amazon's retail platform.

---

[24] https://www.legacy.com/us/obituaries/heraldcourier/name/gertie-baker-obituary?id=55303786 (last accessed June 21, 2024).

ii. **Amazon's Copycat Product Titled: "Golo Diet Cookbook 2023: Transform Your Health with Every Bite, Help You Control and Lose Weight, Authentic & Flavorful Recipes with Full Color Image" (ASIN B0C1J1PC48)**:

| Reviewer (stars) | Comment |
|---|---|
| Rachel Brown (2/5) | Not at all what I expected. It's basically printed pinterest recipes on basic printer paper with a glossy cover. Also just glancing through it I found a printing error. There's a recipe for breakfast burrito but it's actually a copy and pasted duplicate recipe of the frittata from the page before. I'm probably going to send this back. Not worth $15. |
| Christiano Rhymaun (1/5) | This was nothing more than screenshots from the GOLO website and was not organized. Recipes that were in the Table of Contents were missing. I got a refund and Amazon did not ask for the book to be returned. |
| Melissa W (1/5) | Was very disappointed the quality wasn't impressive at all along with the content. Poor quality and I think Pinterest has more accurate recipes. Will be sending back for sure |
| Amazon Customer (1/5) | This is not a real Golo recipe meal book. The only place to buy a Golo recipe meal plan is from Golo's site. This bookbis cheaply made. |
| Laura V (1/5) | This is not authorized or produced by GOLO! Don't be scammed! |

Exhibit E hereto sets out the product information page and review listing for this Infringing Product available for sale and being sold on Amazon's retail platform.

iii. **Amazon's Copycat Product Titled: "Delicious Golo Kitchen Cookbook: Discover Golo's Flavorful and Healthy Cuisine with Simple Recipes" (ASIN: B0C1JD9CXK)**

| Reviewer (stars) | Comment |
|---|---|
| Ky (3/5) | There are not a lot of recipes in the book. Many pages are descriptions of foods without amounts. I did not find it very helpful. |

Exhibit F hereto sets out the product information page and review listing for this Infringing Product available for sale and being sold on Amazon's retail platform.

iv.   **Amazon's Copycat Product Titled: "GOLO DIET: Complete Step By Step Guide On How To Use Golo Diet To Lose Weight" (ASIN: B0C2S5MG9P)**

| Reviewer (stars) | Comment |
|---|---|
| Barbara Kelley (3/5) | I read this book because I saw television commercials about the GOLO Diet. However, it is not a diet for me because I gain weight rather rapidly when eating potatoes and rice of any kind, even wild rice. Some people are allergic to high carb foods. This diet should only be done by individuals who can actually lose weight eating high carb foods. I gave this book 3 stars because it had a lot of grammatically words. For example, not once did the author pluralize verbs: what should have read as "It's a good diet for a healthy lifestyle" read as "It a good diet for healthy lifestyle." This is just a random example, and not the actual words of the author. I read the book with Kindle Unlimited. Therefore, I can return the book and read a different book. No harm, no foul. Only go on this diet if you do not have a problem with carbs. I was kind of surprised that this diet included these carbs, because it was all about getting diabetes and pre diabetes under control, and you can't do that if you eat high sugary carbs. Also, you have to buy some supplement pill that costs a lot of money every month. So, if you have a lot of spare money to spend on pills, then this might be the diet for you. |

Exhibit G hereto sets out the product information page and review listing for this Infringing

Product available for sale and being sold on Amazon's retail platform.

v.   **Amazon's Copycat Product Titled: "The Ultimate Golo Diet Cookbook: Your Comprehensive Guide To Embracing A Healthier Lifestyle Through The Golo Diet" (ASIN: B0C2SBZWVV)**

| Reviewer (stars) | Comment |
|---|---|
| Cel (3/5) | I was so disappointed in this. I had bought the diet and the Release capsules, but trying to find the right things to eat was not part of it. So I ordered the recipe book, and when I began reading the recipes, the spelling is not correct nor is the use of language. Very disappointing. |
| Teri J Johnson (3/5) | Yes I agree with Donna. The pictures are beautiful but aren't accurate with the recipes. Of course we can adjust but if you do a scrambled eggs with salmon and avacado and the picture shows this on a bagel and smoked salmon on top which the recipe doesn't include well that's confusing or deceptive. Please Samantha respond |
| Donna Galland (3/5) | Recipes are very simple, nothing new here. Also, most of the photos do not reflect the recipes...you can either see extra ingredients that are not in the recipe, or not see recipe items in the photo. Lame. |

Exhibit H hereto sets out the product information page and review listing for this Infringing Product available for sale and being sold on Amazon's retail platform.

> vi.   **Amazon's Copycat Product Titled: "GOLO DIET COOKBOOK 2023-2024: Energize Your Body with 200+ Nourishing Golo Diet Recipes for Sustainable Weight Loss, Improved Insulin Sensitivity, and Overall Wellness" (ASIN: B0C2SCMRGT)**

| Reviewer (stars) | Comment |
|---|---|
| S.R.   (Rochester, NY) (3/5) | The info is good but… gosh, how many times do you need to repeat the EXACT SAME info & verbiage? This book seriously could have been 1/3-1/2 smaller. There are not 200 different recipes and there is no nutritional info for recipes that the book states is included. Very confusing verbiage regarding GOLO RELEASE Supplement being called GOLO Rescue Supplement in some sections. Someone needs a new editor. |
| Cy (1/5) | The book recommends snacks. The GOLO diet does not. That's when I returned it for a full refund. |

Exhibit I hereto sets out the product information page and review listing for this Infringing Product available for sale and being sold on Amazon's retail platform.

> vii.   **Amazon's Copycat Product Titled: "GOLO Weight Loss Diet Cookbook for Women: A Healthy Collection of 99+1 Low-calories Recipes to Reduce Insulin Resistance, Stubborn Belly Fat, and Stay in Shape." (ASIN: B0C2ST1BHN)**

| Reviewer (stars) | Comment |
|---|---|
| Thomas Zolen (1/5) | Considering this is supposed to be a professional recipe book, there are a number of issues with the recipes. For example, ingredients copied over to the step-by-step portions. Numerous typos, some pages were all the information is just duplicates. Probably one of the worst recipe books I've purchased. |
| Robin S (1/5) | This book is too difficult to read since the format is bad. Print is too small and unclear. I will be deleting it. |
| Kindle Customer (1/5) | Hard to read. Very small print. If this is the GOLO plan, not wasting money on it. Already deleted this "book" from my Kindle Library. |

Exhibit J hereto sets out the product information page and review listing for this Infringing Product available for sale and being sold on Amazon's retail platform.

> **viii.** **Amazon's Copycat Product Titled: "Plant-Based Golo Diet Cookbook: Delicious and Nutrient-Dense Plant-Based Recipes for Optimal Health and Weight Management on the Golo Diet" (ASIN: B0C47NSSGR)**

| Reviewer (stars) | Comment |
|---|---|
| J. W. (2/5) | I seldom leave negative reviews but I was really disappointed when I received this cookbook in the mail. It is more of a cliff notes pamphlet than a book topping out at 137 large print pages. The entire book is black and white print with no photos. The general information is not very detailed (see photos). There are five or less recipes under each section (breakfast, appetizers, dinner, desserts) none of which are uncommon. The description in the listing sounds much more interesting than what you actually receive. |

Exhibit K hereto sets out the product information page and review listing for this Infringing Product available for sale and being sold on Amazon's retail platform.

> **ix.** **Amazon's Copycat Product Titled: "The Complete Golo Diet Cookbook for Beginners: Unlock Your Weight Loss Potential and Discover a Delicious Journey to a Healthier You (With Nutritional Information)" (ASIN: B0C5P5L9MG)**

| Reviewer (stars) | Comment |
|---|---|
| KLT (1/5) | This cookbook has some very nice looking recipes. The problem is there is nothing saying how many servings per recipe or what they equal on the GOLO diet. Thus they are worthless for me to use on the GOLO program. |

Exhibit L hereto sets out the product information page and review listing for this Infringing Product available for sale and being sold on Amazon's retail platform.

111.    As a result of Amazon's creation, advertisement, and/or sale of the Infringing Products and Amazon's unfair competition with Plaintiff, consumers and Plaintiff's prospective customers were confused and purchased cookbooks from Amazon falsely believing them to be authentic GOLO-branded products; or sponsored, authorized, or associated with Plaintiff; or

promoting products compatible with the GOLO diet plan and/or related recipes, when this was not the case.

112.    As a result of Amazon's sales of the Infringing Products, consumers are harmed. For example, overweight and obese consumers who unwittingly follow recipes believing them to be authorized by Plaintiff or to comport with the GOLO for Life plan may not lose any weight, may blame themselves and/or Plaintiff, resulting in a missed opportunity to potentially improve their health. Even worse, people with compromised health who unwittingly follow recipes believing them to be authorized by Plaintiff or to comport with the GOLO for Life plan may actually be harmed.

### b.    Amazon's False Advertising of the Infringing Products and Resulting Consumer Deception

113.    Amazon also trades off the investment Plaintiff has made in its brand and products by making false and misleading statements about the nature, characteristics, and/or qualities of its products in a manner that deceives, or at least has a tendency to deceive, a substantial portion of the intended audience (namely, consumers interested in wellness, dieting, nutrition, and weight loss). Indeed, through the above noted titles of the example Infringing Products profiled above and Amazon's advertising and promotion of them via its product information pages, Amazon falsely claims that the Infringing Products provide, by way of example only, a way to "Energize Your Body with 200+ Nourishing Golo Diet Recipes for Sustainable Weight Loss, Improved Insulin Sensitivity, and Overall Wellness," which are all benefits that Plaintiff's actual cookbooks and products promote, but there are not 200+ recipes and it does not comport with GOLO's plan. Amazon also falsely claims, in its advertising and promotion of the Infringing Products via its product information pages, that the Infringing Products are authentic GOLO diet plans, akin to the GOLO For Life plan, when they are not.

114.    On information and belief, Amazon's Infringing Products do not promote Plaintiff's diet plan or a diet that comports with Plaintiff's plan. Amazon's claims regarding the recipes and diet plans contained in its Infringing Products are literally false or have at least the tendency to deceive a substantial portion of the intended audience, because not all of those recipes and diet plans possess the attributes of Plaintiff's actual recipes and diet plans.

115.    Amazon's false and/or misleading claims, relating to the very diet plan for which Amazon's Infringing Products are marketed and sold, upon information and belief, were (and are) material to consumers' purchasing decisions.

116.    Consumers who are actual and potential customers of cookbooks that provide the health and wellness benefits that Plaintiff's products and services offer have been and are being misled by Amazon's false and/or misleading claims as set forth in the titles and listings of the Infringing Products sold by Amazon, including but not limited to the prominent use of the phrase "GOLO Diet" and other Infringing Designations, and have been and are being harmed. Upon information and belief, Amazon's claims are material to a consumer's decision to purchase an Infringing Product, and consumers likely would not have purchased Amazon's Infringing Products had they known the truth, and would have opted for another alternative, such as Plaintiff's authentic cookbook.

117.    Amazon's false and/or misleading statements regarding the nature, characteristics, and/or properties of its Infringing Products as described herein have been made with Amazon's knowledge that the statements were false and/or misleading and that they would be disseminated to consumers. The false and/or misleading statements made by Amazon and related to the nature, characteristics, and/or properties of its Infringing Products as described herein pose a risk of harm to the consumers relying thereon.

118.     Amazon's unauthorized and unlawful use of the GOLO Trademarks, directly or indirectly, in connection with the Infringing Products has caused, is causing and is likely to cause confusion and to deceive the consuming public as to the source, origin, and/or sponsorship of the Infringing Products.

119.     Amazon's actions have misled and are further likely to mislead the consuming public into believing that the Infringing Products originated from Plaintiff, or that there is some authorized connection between Plaintiff and Amazon when Amazon is aware that Plaintiff does not sell GOLO-branded products on Amazon, thereby causing Plaintiff irreparable harm.

120.     Amazon falsely represented that its cookbooks, as identified herein, contained recipes and meal plans compatible with Plaintiff's diet plan and/or recipes of Plaintiff when all of the recipes or meal plans do not conform to Plaintiff's diet plan. As a result of Amazon's deception, purchasers were dissatisfied with the cookbooks. While some purchasers subsequently realized that their purchased cookbook was not sponsored by Plaintiff or did not comport with Plaintiff's diet plan, many others remained confused as to whether the purchased cookbook was sponsored by Plaintiff and/or comported with Plaintiff's diet plan, and thus had a negative view of Plaintiff and its plan.

### 5.     Plaintiff Has Been Harmed by Amazon's Unfair, Deceptive, and Infringing Conduct

121.     Amazon has unfairly competed with Plaintiff through Amazon's intentionally deceptive use of the GOLO Trademarks in classic bait-and-switch advertising, including through Amazon's Deceptive Advertisements and Search Box Results, to unfairly redirect consumers and prospective customers of Plaintiff to Amazon's retail platform under the pretense that consumers can purchase products produced by, sponsored by, or affiliated with Plaintiff on that platform when Amazon knows otherwise. Moreover, Amazon did so in order to sell competing products and

Infringing Products. Further, Amazon's unauthorized use of the GOLO Trademarks in connection with the Infringing Products has caused, is causing, and is likely to cause confusion and to deceive the consuming public as to the source, origin, and/or sponsorship of the Infringing Products offered by Amazon. Specifically, Amazon's actions have misled and are further likely to mislead the consuming public into believing that Amazon's Infringing Products originated from or are sponsored or endorsed by Plaintiff.

122.    Amazon not only has damaged and is damaging Plaintiff and its business, has caused and is causing damage to the value of Plaintiff's trademark rights, and has caused and is causing consumer confusion in the marketplace, but also is harming unsuspecting consumers who are searching for e.g., "golo release," to purchase Plaintiff's products and are diverted from such purchases by Amazon's deceptive, unfair, and predatory schemes. Amazon's actions described herein create confusion at every stage of the purchasing process, including initial interest, point of purchase, and/or post sale.

123.    Plaintiff has suffered actual monetary damages as a result of Amazon's conduct and actions as described herein, including lost sales and damage to Plaintiff's commercial reputation.

124.    Amazon has been wrongfully and unjustly enriched through its deceptive trade practices, trademark infringement (direct, contributory, and vicarious), trademark counterfeiting (direct, contributory, and vicarious), unfair competition, false advertising, and dilution as alleged herein.

125.    Amazon's intentional conduct and unfair business practices have also caused, and will continue to cause, irreparable harm for which there is no adequate remedy at law and for which Plaintiff is entitled to injunctive relief.

126.    Plaintiff further faces immediate and irreparable harm through: (1) Amazon's exploitation of the GOLO Trademarks in its Deceptive Advertisements and in connection with its Deceptive Search Box Results, leading consumers to purchase competing goods on its e-commerce retail platform, and (2) the competing promotion on Amazon of a wide array of diet plans, meal plans, books, and cookbooks, all infringing the GOLO Trademarks, because Amazon has eliminated Plaintiff's ability to submit takedown requests through the Amazon Brand Registry.

127.    In order to protect its rights in the GOLO Trademarks and prevent consumer confusion and deception, Plaintiff therefore brings this lawsuit seeking, *inter alia*, removal of the Infringing Products and Infringing Designations from Amazon, prohibition of the use of the GOLO Trademarks in Amazon's Deceptive Advertisements, prohibition of Amazon's use of the Deceptive Search Box Results based on search terms that include the GOLO Trademarks, prohibition of Amazon's use of the GOLO Trademarks to suggest or recommend new search terms, when Plaintiff's products are not available for purchase on Amazon's retail platform.

## COUNT I
### Trademark Infringement – 15 U.S.C. § 1114

128.    Plaintiff repeats and incorporates by reference the allegations contained in the foregoing paragraphs 1 through 127, as if stated fully herein.

129.    Plaintiff is the owner of the GOLO Registered Marks, which are valid and subsisting and duly registered with the USPTO.

130.    The Registration Certificates attached in Exhibit A constitute prima facie evidence of (i) the validity of each of the GOLO Registered Marks and (ii) Plaintiff's exclusive right to use each of those marks in connection with the services identified therein. Further, Registration Nos. 5,231,000, 5,207,875, 4,436,947, and 5,128,697 of the GOLO Registered Marks are now incontestable.

131.    The registration of each of the GOLO Registered Marks provides legal and sufficient notice to Amazon of Plaintiff's ownership of and exclusive rights in those marks.

132.    Each of the GOLO Registered Marks is inherently distinctive.

133.    Each of the GOLO Registered Marks has further acquired distinctiveness and commercial association with Plaintiff as set forth above.

134.    Plaintiff has the exclusive right to use the GOLO Registered Marks in commerce in connection with the goods and services recited in its trademark registrations and applications, including without limitation, dietary and nutritional supplements, health care services for individuals, namely, weight loss program services, weight loss diet planning and supervision, weight management programs, and consulting services in the fields of diet, weight loss, diet planning, lifestyle wellness, health and nutrition.

135.    Amazon's use of the GOLO Registered Marks in connection with the Deceptive Advertisements, the Deceptive Search Box Results, and the Infringing Products identified above, is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or associations of Amazon with Plaintiff, in violation of 15 U.S.C. § 1114.

136.    Amazon's use of the GOLO Registered Marks in connection with diet plans, publications, and cookbooks, including the Infringing Products identified above, is identical or confusingly similar to the GOLO Registered Marks. Amazon's sale, offering for sale, distribution, and/or advertising of those products is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or associations of Amazon with Plaintiff, or as to the origin, sponsorship, or approval of Amazon's products by Plaintiff, in violation of 15 U.S.C. § 1114.

137.    Amazon has committed the infringing acts alleged herein without authorization, license, or consent from Plaintiff.

138.    Upon information and belief, Amazon has knowingly and willfully infringed Plaintiff's rights in the GOLO Registered Marks. Alternatively, Amazon acted with reckless disregard for and willful blindness to Plaintiff's valuable intellectual property rights, with the express purpose of trading on and profiting from the goodwill and reputation embodied in the GOLO Registered Marks.

139.    Upon information and belief, Amazon's misuse of the GOLO Registered Marks in the Deceptive Advertisements, the Deceptive Search Box Results, and the Infringing Products are intentional efforts to freeride on Plaintiff's goodwill, thereby further demonstrating a likelihood of confusion between Plaintiff and Amazon's goods and services.

140.    As a result of Amazon's infringement, Plaintiff has suffered and will continue to suffer damages, including lost sales, lost profits, and lost goodwill. Plaintiff seeks monetary damages for infringements occurring after the respective registration dates of the GOLO Registered Marks in an amount to be proven, pursuant to 15 U.S.C. § 1117.

141.    Pursuant to 15 U.S.C. § 1117, Plaintiff is further entitled to recover the costs of this action. Moreover, Amazon's conduct was undertaken willfully and with the intent to cause confusion, mistake, or deception, making this an exceptional case entitling Plaintiff to recover additional damages, up to three times the amount of actual damages, and reasonable attorneys' fees.

142.    Amazon's unauthorized use of designations identical or highly similar to the GOLO Registered Marks has also caused irreparable injury to Plaintiff, including its business, reputation, and goodwill. On information and belief, unless restrained and enjoined, Amazon will continue to infringe Plaintiff's GOLO Registered Marks. Plaintiff's remedy at law is not adequate to redress

the harm Amazon has caused and will continue to cause until its conduct is restrained, entitling

Plaintiff to injunctive relief pursuant to 15 U.S.C. § 1116 and the equitable authority of this Court.

### COUNT II
### Trademark Counterfeiting – 15 U.S.C. §§ 1114, 1116(d)

143.    Plaintiff repeats and incorporates by reference the allegations contained in the

foregoing paragraphs 1 through 142, as if stated fully herein.

144.    Without Plaintiff's consent, Amazon used and continues to use in commerce

reproductions, copies, counterfeits, and colorable imitations of U.S. Reg. No. 7,475,110 (the

"GOLO Mark") in connection with the offering, distribution, and advertising of diet plans,

publications, and cookbooks, which is likely to cause confusion, or to cause mistake, or to deceive,

in violation of Sections 32(1)(a) and 34 of the Lanham Act, 15 U.S.C. 1114(1)(a), 1116(d).

145.    Amazon has used and continues to use counterfeits of the GOLO Mark, in

connection with the sale, offering for sale, and distribution of diet plans, publications, and

cookbooks in violation of Section 32(1)(b) and 34(d) or the Lanham Act, 15 U.S.C. §§ 1114(b),

1116(d).

146.    Amazon has committed the infringing acts alleged herein without authorization,

license, or consent from Plaintiff.

147.    Upon information and belief, Amazon has knowingly and willfully infringed

Plaintiff's rights in the GOLO Mark. Alternatively, Amazon acted with reckless disregard for and

willful blindness to Plaintiff's valuable intellectual property rights, with the express purpose of

trading on and profiting from the goodwill and reputation embodied in the GOLO Mark.

148.    Upon information and belief, Amazon's misuse of the GOLO Mark in connection

with the diet plans, publications, and cookbooks is an intentional effort to freeride on Plaintiff's

goodwill, thereby further demonstrating a likelihood of confusion between Plaintiff and Amazon's goods and services.

149.     As a result of Amazon's counterfeiting, Plaintiff has suffered and will continue to suffer damages, including lost sales, lost profits, and lost goodwill. Plaintiff seeks monetary damages for counterfeiting occurring after the registration date of U.S. Reg. No. 7,475,110 in an amount to be proven, pursuant to 15 U.S.C. § 1117(a)-(c).

150.     Pursuant to 15 U.S.C. § 1117, Plaintiff is further entitled to recover the costs of this action. Moreover, Amazon's conduct was undertaken willfully and with the intent to cause confusion, mistake, or deception, making this an exceptional case entitling Plaintiff to recover additional damages, up to three times the amount of actual damages, and reasonable attorneys' fees.

151.     Amazon's unauthorized use of designations identical or highly similar to the GOLO Mark has also caused irreparable injury to Plaintiff, including its business, reputation, and goodwill. On information and belief, unless restrained and enjoined, Amazon will continue to counterfeit Plaintiff's GOLO Mark. Plaintiff's remedy at law is not adequate to redress the harm Amazon has caused and will continue to cause until its conduct is restrained, entitling Plaintiff to injunctive relief pursuant to 15 U.S.C. § 1116 and the equitable authority of this Court.

### COUNT III
### Unfair Competition – 15 U.S.C. § 1125(a)(1)(A)

152.     Plaintiff repeats and incorporates by reference the allegations contained in the foregoing paragraphs 1 through 151, as if stated fully herein.

153.     Plaintiff is the owner of the GOLO Trademarks.

154.     Each of the GOLO Trademarks is inherently distinctive.

155.    Each of the GOLO Trademarks has further acquired distinctiveness as set forth above.

156.    Amazon's use of the GOLO Trademarks in connection with the Deceptive Advertisements and the Deceptive Search Box Results, and the Infringing Products identified above, is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or associations of Amazon with Plaintiff, in violation of 15 U.S.C. § 1125.

157.    Amazon's use of designations that are identical to or confusingly similar to the GOLO Trademarks, in connection with diet plans, publications, and cookbooks and including on the Infringing Products identified above, in connection with Amazon's production, sale, offering for sale, distribution, and/or advertising of those products, is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or associations with Plaintiff, or as to the origin, sponsorship, or approval of the Infringing Products by Plaintiff, in violation of 15 U.S.C. § 1125(a)(1)(A).

158.    Amazon has furthermore competed unfairly with Plaintiff through its use of the GOLO Trademarks and Infringing Designations in connection with the Deceptive Advertisements, the Deceptive Search Box Results, and the Infringing Products.

159.    Amazon has committed the infringing acts and unfair competition alleged herein without authorization, license, or consent from Plaintiff.

160.    Upon information and belief, Amazon has knowingly and willfully infringed Plaintiff's rights in the GOLO Trademarks and competed unfairly. Alternatively, Amazon acted with reckless disregard for and willful blindness to Plaintiff's valuable intellectual property rights, with the express purpose of trading on and profiting from the goodwill and reputation embodied in the GOLO Trademarks.

161.    Upon information and belief, the Infringing Designations incorporated in, and the use of the GOLO Trademarks in, Amazon's Deceptive Advertisements, Amazon Search Box Results, and the Infringing Products are intentional efforts to freeride on Plaintiff's goodwill, thereby further demonstrating a likelihood of confusion between Plaintiff's genuine products and the Infringing Products.

162.    As a result of Amazon's infringement and unfair competition, Plaintiff has suffered and will continue to suffer damages, including lost sales, lost profits, and lost goodwill. Plaintiff seeks monetary damages in an amount to be proven, pursuant to 15 U.S.C. § 1117.

163.    Pursuant to 15 U.S.C. § 1117, Plaintiff is further entitled to recover the costs of this action. Moreover, Defendant's conduct was undertaken willfully and with the intent to cause confusion, mistake, or deception, making this an exceptional case entitling Plaintiff to recover additional damages, up to three times the amount of actual damages, and reasonable attorneys' fees.

164.    Amazon's unauthorized use of designations identical or highly similar to the GOLO Trademarks has also caused irreparable injury to Plaintiff, including its business, reputation and goodwill. On information and belief, unless restrained and enjoined, Amazon will continue to infringe Plaintiff's GOLO Trademarks. Plaintiff's remedy at law is not adequate to redress the harm Amazon has caused and will continue to cause until its conduct is restrained, entitling Plaintiff to injunctive relief pursuant to 15 U.S.C. § 1116 and the equitable authority of this Court.

## COUNT IV
### Contributory Trademark Infringement and Counterfeiting

165.    Plaintiff repeats and incorporates by reference the allegations contained in the foregoing paragraphs 1 through 164, as if stated fully herein.

166.    Amazon sells diet plans, publications, and cookbooks using the Infringing Designations, including the Infringing Products identified above, which are confusingly similar to the GOLO Trademarks and counterfeits of the GOLO Mark. In the event that Amazon reveals that an unrelated third party is the source of some or all of the Infringing Products, Amazon is nonetheless knowingly facilitating the sale, offering for sale, distribution, and/or advertising of the Infringing Products through Amazon's platforms by the authors of those products, the publishers of those products, and/or other third-parties, in a manner that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or associations with Plaintiff, or as to the origin, sponsorship, or approval of the Infringing Products by Plaintiff, in violation of 15 U.S.C. § 1114 and/or 15 U.S.C. § 1125(a)(1)(A).

167.    Amazon has known or has had reason to know of this counterfeiting and infringement of Plaintiff's trademark rights, or has been willfully blind to all reasonable indications of such counterfeiting and infringement.

168.    Amazon has materially supported and exercised control over this counterfeiting and infringement of Plaintiff's trademark rights, and has facilitated, supported, and enabled the advertising and sale of the Infringing Products through Amazon's own conduct.

169.    Amazon has engaged in and continues to engage in contributory trademark infringement regarding the GOLO Trademarks and contributory trademark counterfeiting of the GOLO Mark.

170.    Amazon has knowingly contributed to the infringing acts alleged herein without authorization, license, or consent from Plaintiff.

171.    As a result of Amazon's contributory counterfeiting and infringement, Plaintiff has suffered damages and will continue to suffer damages, including lost sales, lost profits, and lost

goodwill. Plaintiff seeks monetary damages in an amount to be proven, pursuant to 15 U.S.C. § 1117.

172.    Amazon's contributory counterfeiting and infringement have also caused irreparable injury to Plaintiff, including its business, reputation, and goodwill, and on information and belief, unless restrained and enjoined, Amazon will continue to contribute to the infringement of Plaintiff's GOLO Trademarks and the counterfeiting of the GOLO Mark. Plaintiff's remedy at law is not adequate to redress the harm Amazon has caused and will continue to cause until its conduct is restrained, entitling Plaintiff to injunctive relief pursuant to 15 U.S.C. § 1116 and the equitable authority of this Court.

## COUNT V
### Vicarious Trademark Infringement and Counterfeiting

173.    Plaintiff repeats and incorporates by reference the allegations contained in the foregoing paragraphs 1 through 172, as if stated fully herein. Amazon sells diet plans, publications, and cookbooks using the Infringing Designations, including the Infringing Products identified above, which are confusingly similar to the GOLO Trademarks and counterfeits of the GOLO Mark. In the event that Amazon reveals that an unrelated third party is the source of some or all of the Infringing Products, Amazon is nonetheless knowingly facilitating the sale, offering for sale, distribution, and/or advertising of the Infringing Products through Amazon's platforms by the authors of those products, the publishers of those products, the printers of those products, the makers of those products, and/or other third-parties, in a manner that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association with Plaintiff, or as to the origin, sponsorship, or approval of the Infringing Products by Plaintiff, in violation of 15 U.S.C. § 1114 and/or 15 U.S.C. § 1125(a)(1)(A)

174.     Amazon is vicariously liable for its partners' direct counterfeiting and infringement via the sale, offering for sale, distribution, and/or advertising of the Infringing Products through Amazon's platforms. Amazon and its partners have apparent or actual partnerships, and Amazon and its partners have the authority to bind one another in transactions with third-party customers and/or exercise joint ownership or control over the Infringing Products.

175.     As a result of Amazon's vicarious counterfeiting and infringement, Plaintiff has suffered damages and will continue to suffer damages, including lost sales, lost profits, and lost goodwill. Plaintiff seeks monetary damages in an amount to be proven, pursuant to 15 U.S.C. § 1117.

176.     Amazon's vicarious counterfeiting and infringement have also caused irreparable injury to Plaintiff, including its business, reputation, and goodwill, and on information and belief, unless restrained and enjoined, Amazon will continue to contribute to the infringement of Plaintiff's GOLO Trademarks and counterfeiting of the GOLO Mark. Plaintiff's remedy at law is not adequate to redress the harm Amazon has caused and will continue to cause until its conduct is restrained, entitling Plaintiff to injunctive relief pursuant to 15 U.S.C. § 1116 and the equitable authority of this Court.

## COUNT VI
### False Advertising – 15 U.S.C. § 1125(a)(1)(B)

177.     Plaintiff repeats and incorporates by reference the allegations contained in the foregoing paragraphs 1 through 176, as if stated fully herein.

178.     The acts of Amazon as set forth above and below, including the advertising and dissemination of Amazon's false and/or misleading claims associated with the Amazon Deceptive Advertisements and Amazon's Deceptive Search Box Results constitute false advertising in violation of 15 U.S.C. § 1125(a)(1)(B). Additionally, Amazon's advertising and dissemination of

diet plans, publications, and cookbooks allegedly "authored" by nonexistent individuals held out to have medical, dietary, and/or nutritional expertise constitutes false advertising in violation of 15 U.S.C. § 1125(a)(1)(B). Further, Amazon's advertising and dissemination of AI-generated diet plans, publications, and cookbooks allegedly authored by human individuals constitutes false advertising in violation of 15 U.S.C. § 1125(a)(1)(B). As a result of Amazon's actions, Plaintiff has suffered, and will continue to suffer, damages in an amount to be determined at trial. Further, Amazon has caused and will continue to cause, immediate and irreparable injury to Plaintiff, including injury to Plaintiff's business, reputation and goodwill, for which there is no adequate remedy at law. Plaintiff is therefore entitled to an injunction under 15 U.S.C. § 1116 restraining Amazon from engaging in future acts of false advertising and ordering removal of all of Amazon's false advertisements.

179.    The acts of Amazon as set forth above and below constitute false and/or misleading representations of fact in commercial advertising or promotion, in interstate commerce in connection with goods or services, where Amazon's representations misrepresent the nature and/or qualities and/or benefits of products sold on the Amazon retail platform, including through the Amazon Deceptive Advertisements, the Deceptive Search Box Results, and the false assertions that some of the Infringing Products provide recipes, meal plans, or diet regimes that are compliant with Plaintiff's diet plan and/or are human-authored diet plans, publications, and cookbooks written by individuals with medical, dietary, and/or nutritional expertise, and Plaintiff has been damaged and is likely to be damaged in the future be Amazon's acts.

180.    The acts of Amazon as set forth above and below, particularly Amazon's false and/or misleading claims in the commercial advertising and promotion of the Amazon Deceptive Advertisements and/or the advertising and promotion of AI-generated diet plans, publications, and

cookbooks as authored by humans, including with medical, dietary, and/or nutritional expertise, are the proximate cause of Plaintiff's injury. Amazon's false and/or misleading claims are material and likely to influence the purchasing decisions of actual and prospective purchasers of Amazon and Plaintiff products. Amazon's false and/or misleading claims deceived consumers, which caused those consumers to withhold trade from Plaintiff.

181.    Pursuant to 15 U.S.C. § 1117, Plaintiff is further entitled to recover from Amazon damages sustained by Plaintiff because of Amazon's acts in violation of 15 U.S.C. § 1125(a)(1)(B). As a result of the acts described herein, Plaintiff has suffered damages in excess of this Court's minimum jurisdiction, the precise amount of which will be proven at trial.

182.    Pursuant to 15 U.S.C. § 1117, Plaintiff is further entitled to recover from Amazon the gains, profits, market value, and advantages that Amazon has obtained because of Amazon's acts in violation of 15 U.S.C. § 1125(a)(1)(B), the precise amount of which will be proven at trial.

183.    Pursuant to 15 U.S.C. § 1117, Plaintiff is further entitled to recover the costs of this action. Moreover, Amazon's conduct was undertaken willfully and with the intent to cause confusion, mistake, or deception, making this an exceptional case entitling Plaintiff to recover additional damages, up to three times the amount of actual damages, and reasonable attorneys' fees.

184.    Amazon's false and/or misleading claims will continue to divert sales to Amazon at the expense of Plaintiff, and have lessened, are lessening, and will continue to lessen the goodwill enjoyed by Plaintiff products if not enjoined. The legal remedies available to Plaintiff are alone inadequate to remedy and compensate Plaintiff for the injuries it has sustained, and if not enjoined will continue to sustain, due to Amazon's unlawful conduct.

## COUNT VII
### Unfair Competition – 6 Del. C. § 2532(a)

185.    Plaintiff repeats and incorporates by reference the allegations contained in the foregoing paragraphs 1 through 184, as if stated fully herein.

186.    Amazon's activities regarding the Deceptive Advertisements, the Deceptive Search Box Results, and the Infringing Products, as described above, constitute unfair competition and deceptive trade practices under the Delaware Uniform Deceptive Trade Practices Act, 6 Del. C. § 2532(a), at least because such activities: (a) constitute passing off of Amazon's goods as those of Plaintiff; (b) create a likelihood of confusion or misunderstanding as to the source, sponsorship, approval or certification of Amazon's goods; (c) create a likelihood of confusion or misunderstanding as to Amazon or Amazon's goods' affiliation, connection or association with, or certification by, Plaintiff; (d) represents that Amazon's goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have; (e) represents that Amazon's goods are of Plaintiff's particular standard, quality, or grade, when they are not; (f) advertises goods or services with the intent not to sell them as advertised; and (g) advertises Plaintiff's goods when Amazon knows it does not sell Plaintiff's products and thus has no intent to satisfy any reasonably expectable public demand.

187.    Amazon's Deceptive Advertisements for its retail platform, Deceptive Search Box Results on its applications and browser interfaces, and promotion of the Infringing Products on its retail platform using Plaintiff's GOLO Trademarks, are false and misleading and deceive or are likely to deceive consumers and Plaintiff's prospective customers by representing that Plaintiff's authentic GOLO-branded products are sold on Amazon's retail platform, when they are not.

188.    Amazon's promotion of the Deceptive Advertisements and the Deceptive Search Box Results, and/or Amazon's promotion and sale of the Infringing Products, all prominently

using the GOLO Trademarks, is likely to confuse consumers and Plaintiff's prospective customers as to the source, sponsorship, or approval by, or the affiliation, connection, or association with Plaintiff, as a result of the substantial consumer association of Plaintiff as the exclusive source of GOLO-branded products and services.

189.     Amazon's promotion and sale of the Infringing Products, prominently using the GOLO Trademarks, is likely to mislead and to confuse consumers and Plaintiff's prospective customers that the characteristics, ingredients, uses, or benefits of the Infringing Products are those of GOLO-branded products and services, and Amazon's promotion of the Deceptive Advertisements and Deceptive Search Box Results, prominently using the GOLO Trademarks, is likely to mislead and to confuse consumers and Plaintiff's prospective customers that Amazon's advertised products have the characteristics, ingredients, uses, benefits or quantities of the GOLO-branded products.

190.     Amazon's Deceptive Advertisements deceived, deceives, or is likely to mislead and to deceive Plaintiff's actual and potential customers, and the public, in a material way because the Deceptive Advertisements are likely to influence customers' and potential customers' purchasing decisions. Amazon's Deceptive Advertisements, presented as fact, communicate that GOLO-branded products are available at the Amazon.com website, which is literally false or deceptively misleading.

191.     On information and belief, Amazon has made and will continue to make profits and gains from its deceptive and unfair practices, to which it is not in law or equity entitled.

192.     On information and belief, Amazon intends to continue its infringing acts, unless restrained by this Court.

193.    As a result of Amazon's acts as alleged herein, Plaintiff has suffered and will continue to suffer substantial injury, lost income, lost sales, lost profits, and damage to its goodwill associated with its GOLO brand and Plaintiff's GOLO-branded products and services. By diverting Plaintiff's business and misappropriating prospective customers of Plaintiff through Amazon's activities as alleged herein, Amazon continues to unfairly derive income, profits, and business opportunities from its unfair acts. Amazon's acts have damaged and will continue to damage Plaintiff, and Plaintiff has no adequate remedy at law.

194.    Amazon's conduct alleged herein constitutes unfair methods of competition, and unfair or deceptive acts or practices under the Delaware Uniform Deceptive Trade Practices Act, 6 Del. C. §§ 2532(a), including at least 6 Del. C. § 2532(a)(1), (2), (3), (5), (7), (10) and (12).

195.    Upon information and belief, Amazon's actions, as alleged herein, shows that Amazon willfully violated the Delaware Uniform Deceptive Trade Practices Act and that Plaintiff is therefore entitled to an award of attorneys' fees and costs pursuant to 6 Del. C. § 2533.

## COUNT VIII
### Dilution – 6 Del. C. § 3313

196.    Plaintiff repeats and incorporates by reference the allegations contained in the foregoing paragraphs 1 through 195, as if stated fully herein.

197.    Amazon's activities as described above constitute dilution under 6 Del. C. § 3313, wherein Amazon's unauthorized use of the GOLO Trademarks has injured and is likely to continue to injure Plaintiff's business reputation and has diluted, or is likely to dilute, the distinctive quality of the GOLO Trademarks.

198.    Amazon intended to trade on Plaintiff's reputation and to dilute the GOLO Trademarks, or acted with reason to know or was willfully blind as to the consequences of its actions.

199.    For instance, by using the GOLO Trademarks in connection with low quality products, Amazon has tarnished the GOLO Trademarks.

200.    By using the GOLO Trademarks in connection with recipes that are not compatible with Plaintiff's proprietary diet and wellness program, Amazon has also falsely suggested that Plaintiff's proprietary diet and wellness program is ineffective, thereby tarnishing the GOLO Trademarks.

201.    In the alternative, if Amazon has used the GOLO Trademarks in connection with recipes and publications that are compatible with Plaintiff's proprietary diet and wellness program, Amazon has diminished the extent to which the GOLO Trademarks are associated exclusively with Plaintiff's products and services, and thus engaged in dilution by tarnishment and blurring.

202.    Amazon has also used the GOLO Trademarks in connection with its Deceptive Advertisements and Deceptive Search Box Results, and has diminished the extent to which the GOLO Trademarks are associated exclusively with Plaintiff's products and services, and thus engaged in dilution by blurring.

203.    On information and belief, Amazon intends to continue its infringing acts, unless restrained by this Court.

204.    Amazon's acts have damaged and will continue to damage Plaintiff, and Plaintiff has no adequate remedy at law.

## ATTORNEYS' FEES

205.    Pursuant to 15 U.S.C. § 1117 and 6 Del. C. § 2533, Plaintiff seeks reasonable attorneys' fees in this case on the basis that this case constitutes "exceptional" conduct in violation of Plaintiff's rights. Plaintiff further seeks an award of attorneys' fees, costs, and expenses as may be available under state and federal law or the inherent power of the court.

## JURY DEMAND

206.    Pursuant to Rule 38 of the Federal Rules of Civil Procedure and D. Del. LR 38.1, Plaintiff respectfully requests a trial by jury of any issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully seeks the following relief:

1.    That Amazon, its agents, servants, affiliates, representatives, successors, and assigns, and all those persons or entities in active concert or participation with Amazon who receive actual notice of the injunctive order, be enjoined preliminarily and permanently, pursuant to, without limitation, 15 U.S.C. § 1116(a) and 6 Del. C. §§ 2533(a), 3313, from:

(a)    Using the Infringing Designations or any of the GOLO Trademarks in commerce to sell, offer to sell, distribute, promote, advertise, market, or export from the United States dietary or nutritional supplements or diet plans, publications, cookbooks or any other health and wellness plans or programs that are confusingly similar to Plaintiff's products and services. This shall include use of the Infringing Designations or the GOLO Trademarks in any form or presentation, meaning, without limitation, orally, in upper case and/or lower case, in any particular font or stylized treatment (e.g., italics), with or without a logo, and in any particular color or combination of colors;

(b)    Using the Infringing Designations or any of the GOLO Trademarks in advertisements for Amazon's e-commerce website or any other Amazon platform, including in advertisements on Internet search engines;

(c)     Using the Infringing Designations or any of the GOLO Trademarks in connection with Amazon's Search Box in order to display search result lists of products or services that compete with Plaintiff's products or services or to recommend additional searches and results based on the GOLO Trademarks;

(d)     Using the Infringing Designations or any of the GOLO Trademarks as part of a trade or commercial name, meaning any name used to identify its business (15 U.S.C. § 1127);

(e)     Using the Infringing Designations or any of the GOLO Trademarks as part of a website domain name, where Amazon sells, offers to sell, distributes, promotes, advertises, or markets dietary or nutritional books, products, plans, or programs;

(f)     Using the Infringing Designations or any of the GOLO Trademarks as part of a competing product name or competing product listing via any online retailer including Amazon;

(g)     Using the Infringing Designations or any of the GOLO Trademarks as a handle, username, or name on social media accounts, including (for example) Facebook, Twitter (also known as "X"), Pinterest, LinkedIn, TikTok, and Instagram;

(h)     Using the GOLO Trademarks or any other mark, symbol, or device that is similar to the GOLO Trademarks, in any manner that is likely to cause consumer confusion;

(i)     Committing any other act calculated or likely to cause the public to believe that Amazon goods or services, or goods offered for sale or sold by Amazon on its platforms, are in any manner connected, affiliated, or associated with Plaintiff or from otherwise competing unfairly with Plaintiff;

(j)     Contributing to the infringement of the GOLO Trademarks and/or the counterfeiting of the GOLO Mark by permitting any Infringing Products to be sold or offered for sale;

(k)     Engaging in any future dilution of the GOLO Trademarks in violation of 6 Del. C. § 3313;

(l)     Representing in commercial advertising or promotion that diet plans, publications, and/or cookbooks are "authored" by individuals with medical, dietary, and/or nutritional expertise when those individuals do not have such expertise and/or do not exist;

(m)    Representing in commercial advertising or promotion that AI-generated diet plans, publications, and/or cookbooks are authored by human individuals;

(n)     Effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibition of subsections (a)-(n).

2.      Pursuant to 15 U.S.C. § 1118, that Amazon deliver to Plaintiff for destruction all material (including, without limitation, all copies of the Infringing Products, as well as any advertisements, promotional materials, and brochures) within its possession, custody, or control, either directly or indirectly, that bear the Infringing Designations or

any other designation, symbol, or device that is confusingly similar to the GOLO Trademarks.

3.      That Amazon be ordered to restrict the use of keywords and make commercially reasonably efforts to ensure that consumer-originated searches on the Internet (e.g., Google, Bing, Yahoo, DuckDuckGo, and any other Internet search engines) for "golo," "release," "golo foods," "go digest," "aerotrainer," any other GOLO Trademarks, and any confusingly similar search terms do not generate search results for Amazon that deceptively lead potential GOLO customers to Amazon's e-commerce site through the use of the GOLO Trademarks in Amazon's advertisements.

4.      That Amazon be found liable for unjust enrichment and be ordered to disgorge all such unjust enrichment accruing as a result of the allegations herein to Plaintiff as additional damages.

5.      Pursuant to 15 U.S.C. § 1116(a), that Amazon be directed to file with the Court and serve upon Plaintiff, within thirty (30) days after entry of the injunctive order, a report in writing and under oath setting forth in detail the manner and form by which it has complied with the provisions set forth in paragraphs 1 and 2 above.

6.      Pursuant to 15 U.S.C. § 1117(a), that the Court issue an award of: (1) Amazon's profits, increased by an amount the Court finds just under the circumstances proven at trial; (2) Plaintiff's damages, increased up to three times the amount thereof; and (3) the costs of the action.

7.      Pursuant to 15 U.S.C. § 1117, that the Court issue an award of damages in an amount as yet undetermined caused by the foregoing acts, and trebling such damages in accordance with 15 U.S.C. § 1117.

8.      For an order requiring Amazon to pay statutory damages in accordance with 15 U.S.C. § 1117(c) of up to $2,000,000 per counterfeit mark per type of goods or services sold.

9.      For an injunction, profits, damages, and fees to the extent available under Section 2533 of the Delaware Uniform Deceptive Trade Practices Act.

10.     Pursuant to 15 U.S.C. § 1117(a) and 6 Del. C. § 2533(b), that the Court determine that the case is exceptional, and that Plaintiff recovers from Amazon its attorneys' fees and costs.

11.     For an award of pre- and post-judgment interest on any and all monetary awards.

12.     That Plaintiff be awarded such other and further relief as the Court deems equitable, just, and proper.

Dated: September 4, 2024

Of Counsel:

Douglas A. Rettew
Patrick J. Rodgers
FINNEGAN HENDERSON FARABOW
 GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: 202.408.4000
doug.rettew@finnegan.com
patrick.rodgers@finnegan.com

Morgan E. Smith
FINNEGAN HENDERSON FARABOW
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: 650.849.6600
morgan.smith@finnegan.com

Steven K. Eisenberg
STERN & EISENBERG
1581 Main St., Suite 200
Warrington, PA 18976
Telephone: 215.572.8111
seisenberg@sterneisenberg.com

**MCCARTER & ENGLISH, LLP**

/s/ *Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: 302.984.6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff GOLO, LLC*