**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GOLO, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-1200-MN |
| | ) |
| AMAZON.COM, INC., and | ) |
| AMAZON.COM SERVICES LLC, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITIONS**

WHEREAS, Defendants ("Amazon") have moved to extend the case schedule, including the trial date;

WHEREAS, Plaintiff ("GOLO") opposes Amazon's request to extend the case schedule, including the trial date;

WHEREAS, the Court has scheduled a conference for December 12, 2024 to discuss Amazon's request to extend the case schedule; and

WHEREAS, without prejudice to Amazon's request to extend the case schedule and without prejudice to GOLO's opposition to Amazon's request to extend the case schedule, to the extent the Court does not extend the case schedule, the parties agree to extend the period for completing noticed fact witness depositions as a convenience to counsel and witnesses;

IT IS HEREBY STIPULATED AND AGREED, by the Parties, subject to the approval of the Court, that:

(1) The deadline for the completion of fact witness depositions shall be extended to January 24, 2025 (from December 20, 2024);

(2) The foregoing shall not affect any other case deadline currently in place; and

(3) This stipulation shall not be used by either party to argue for or against Amazon's request for a longer extension of the case schedule.

Dated: December 12, 2024

| **MCCARTER & ENGLISH, LLP** | **DLA PIPER LLP** |
|---|---|
| */s/ Daniel M. Silver* | */s/ Brian A. Biggs* |
| Daniel M. Silver (#4758) | Nancy Shane Rappaport (#3428) |
| Alexandra M. Joyce (#6423) | Brian A. Biggs (#5591) |
| Renaissance Centre | 1201 N. Market Street, Suite 2100 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: 302.468.5631 |
| Telephone: 302.984.6300 | nancy.rappaport@us.dlapiper.com |
| dsilver@mccarter.com | brian.bigg@us.dlapiper.com |
| ajoyce@mccarter.com | |
| | *Attorneys for* |
| *Attorneys for* | *Defendants/Counterclaim Plaintiffs* |
| *Plaintiff/Counterclaim* | *Amazon.com, Inc. and Amazon.com* |
| *Defendants GOLO, LLC* | *Services LLC* |

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE