

|  |  |
|---|---|
| **Daniel M. Silver**<br>Wilmington Office Managing Partner<br><br>T. 302-984-6331<br>F. 302-691-1260<br><br>dsilver@mccarter.com | McCarter & English, LLP<br><br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801-3717<br><br>www.mccarter.com |

January 13, 2025

**VIA CM/ECF**

The Honorable Maryellen Noreika
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

    Re:    ***GOLO, LLC v. Amazon.com, Inc*., C.A. No. 23-1200-MN**

Dear Judge Noreika,

We write on behalf of GOLO in response to Amazon's January 10, 2025 letter (D.I. 150) to correct the record. Amazon's statement that "GOLO refused Amazon's multiple attempts to meet and confer on this issue and unfortunately opted instead to file its own submission" (D.I. 150 at 1) is incorrect. *See, e.g.,* Ex. A, at 4, 13.

It was GOLO who first contacted Amazon on December 16, 2024 to initiate discussions on the revised schedule (even though Amazon was the party who sought to amend the schedule in the first place). *See* Ex. A, at 25-26. Since then, the parties exchanged drafts and narrowed their disputes. However, disputes regarding the scheduling order remained, and GOLO proposed that the parties set out their respective positions in a joint filing. Ex. A at 21.

Delaware counsel for GOLO and Amazon conferred via teleconference on January 9, 2025 and discussed an orderly process for presenting the open disputes to the Court for resolution. The parties then confirmed by email an agreed-upon procedure for exchanging position statements and presenting those positions to the Court. Ex. A, at 13; Ex. B, at 1. That procedure involved two mutual exchanges of positions at set times, with counsel for GOLO then compiling the positions into a single joint letter for submission to the Court, along with the proposed order containing the disputed provisions. Ex. A at 11, 13; Ex. B, at 1. Amazon did not comply with the agree-upon timing for the exchange, but nevertheless provided its written position to GOLO for the joint submission. After doing so, however, Amazon repudiated the agreed-upon joint submission process entirely. Ex. A, at 3, 5. GOLO advised Amazon that it was appropriate to proceed as the parties had planned and agreed, and GOLO's Delaware counsel invited Amazon's counsel to call him "anytime." Ex. A, at 4. Amazon never called.

We apologize for burdening the Court with another letter, but are compelled to correct the record. Counsel are available should the Court have any questions.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)