

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Nancy Shane Rappaport
nancy.rappaport@us.dlapiper.com
T  302.468.5631
F  215.606.3357

August 29, 2025

**VIA ECF**
Judge Maryellen Noreika
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Wilmington, DE 19801

      Re: *Golo, LLC v. Amazon, Inc.*, **C.A. No. 23-1200-MN**

Dear Judge Noreika:

Amazon respectfully submits this letter in response to GOLO's request for leave to file a motion for summary judgment. (D.I. 277). The sole purpose of GOLO's request is to strike Amazon's Eighth Additional Defense alleging that the statute of limitations and laches bar GOLO's claims. To promote judicial efficiency, Amazon hereby withdraws its Eighth Additional Defense and confirms that it will not seek to assert either laches or statute of limitations at trial. It is, therefore, Amazon's position that GOLO's motion for leave should be denied as moot.

We are, as always, available at the call of the Court to further discuss this matter.

                              Respectfully submitted,

                              Nancy Shane Rappaport

cc: All counsel of record (via ECF)