**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GOLO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., and<br>AMAZON.COM SERVICES LLC<br><br>Defendants. | C.A. No. 23-1200-MN |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED, by Plaintiff and Defendants, subject to the approval of the Court, that the deadline for Plaintiff to file public redacted versions of its Answering Brief in Opposition to Motion for Summary Judgment and supporting documents (D.I. Nos. 340-345) is extended by two (2) business days to and including January 27, 2026 (from January 23, 2026).

Dated: January 23, 2026

**MCCARTER & ENGLISH, LLP**

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: 302.984.6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for GOLO, LLC*

**DLA PIPER LLP**

*/s/ Nancy Shane Rappaport*
Nancy Shane Rappaport (#3428)
Stephen H. Barrett
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Phone: (302) 468-5631
nancy.rappaport@us.dlapiper.com
stephen.barrett@us.dlapiper.com

*Attorneys for Amazon.com, Inc. and Amazon.com Services LLC*

SO ORDERED this _____ day of 2026.

______________________________
The Honorable Maryellen Noreika