**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

GOLO, LLC,

Plaintiff,

v.

AMAZON.COM, INC. and
AMAZON.COM SERVICES LLC,

Defendants.

C.A. No. 23-1200-MN

**STIPULATION AND ORDER FOR PRETRIAL EXCHANGES**

Plaintiff GOLO, LLC (collectively, "GOLO") and Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon"), hereby stipulate, subject to the approval of the Court, to the following schedule for pretrial exchanges:[1]

| Pretrial Item | Date GOLO Will Provide | Date Amazon Will Provide |
|---|---|---|
| Initial Exhibit Lists, PDF Copies of Exhibits and Native Excel of Exhibit List (L.R. 16.3(c)(6))<br><br>Lead counsel for each party will certify that they "have reviewed each exhibit listed on that party's initial exhibit list and believes in good faith that it will likely be used at trial, subject to further narrowing of each party's case as part of the pretrial order preparation process." | September 30, 2026 | October 14, 2026 |
| Witness List (L.R. 16.3(c)(7)) | October 5, 2026 | October 9, 2026 |

[1] All exchanges shall occur by 8:00 p.m. ET, unless otherwise noted or agreed to by the parties.

<table>
<tr><th>Pretrial Item</th><th>Date GOLO Will Provide</th><th>Date Amazon Will Provide</th></tr>
<tr><td>Draft Pretrial Order</td><td>October 5, 2026</td><td>October 19, 2026</td></tr>
<tr><td>Proposed Jury Instructions<br>(L.R. 51.1(a))<br><br>Proposed Voir Dire<br>(L.R. 47.1(a)(2))<br><br>Proposed Special Verdict Form<br>(L.R. 51.1(c))</td><td>October 5, 2026</td><td>October 19, 2026</td></tr>
<tr><td>Mutual Exchange of Deposition Designations for witnesses not listed as will call or may call live witnesses<br>(L.R. 16.3(c)(7))</td><td colspan="2">October 19, 2026</td></tr>
<tr><td>Exchange of Objections to Exhibits (L.R. 16.3(c)(6))</td><td>November 4, 2026</td><td>October 21, 2026</td></tr>
<tr><td>Mutual Exchange of Motion In Limine Topics</td><td colspan="2">October 23, 2026</td></tr>
<tr><td>Meet and Confer Regarding Pretrial Order, Jury Instructions, Proposed Voir Dire, and Special Verdict Form</td><td colspan="2">October 23, 2026</td></tr>
<tr><td>Meet and confer regarding narrowing Motions In Limine</td><td colspan="2">October 27, 2026</td></tr>
<tr><td>Mutual Exchange of Objections to Deposition Designations and Counter-Designations</td><td colspan="2">November 2, 2026</td></tr>
</table>

| Pretrial Item | Date GOLO Will Provide | Date Amazon Will Provide |
|---|---|---|
| Revised drafts of:<br><br>Proposed Jury Instructions (L.R. 51.1(a)) [If disputes remain as to the proposed jury instructions, each party shall insert and/or identify citations to any relevant authority that is relied upon for their position to the extent they have not already done so.]<br><br>Proposed *Voir Dire* (L.R. 47.1(a)(2))<br><br>Proposed Special Verdict Form (L.R. 51.1(c)) | November 3, 2026 | November 10, 2026 |
| Mutual Exchange of MIL Opening Briefs (3 pages double-spaced) | November 3, 2026 | |
| Mutual Exchange of Objections to Counter Designations and Counter-Counter Designations | November 6, 2026 | |
| Mutual supplementation (if any) of Exhibit List<br><br>Mutual Exchange of Final Witness List, Including Will Call and May Call Identification (L.R. 16.3(c)(7)) | November 10, 2026 | |
| Meet and Confer Regarding Pretrial Order, Jury Instructions, Proposed *Voir Dire*, and Special Verdict Form | November 11, 2026 | |
| Mutual Exchange of MIL Responses (3 pages double-spaced) | November 12, 2026 | |

| Pretrial Item | Date GOLO Will Provide | Date Amazon Will Provide |
|---|---|---|
| Mutual Exchange of Objections Counter-Counter Designations | November 13, 2026 | |
| Exchange Objections to Supplemented Exhibit Lists | November 17, 2026 | |
| Mutual Exchange of MIL Replies (1 page double-spaced)<br><br>Exchange of Proposed Final Pretrial Order | November 19, 2026 | |
| Parties shall file handwritten certification by lead counsel that he/she looked at the exhibit and is, in good faith, including each exhibit on their respective Exhibit List thinking it will be used at trial | November 20, 2026 | |
| File the Joint Proposed Final Pretrial Order, Preliminary and Final Jury Instructions, *Voir Dire*, and Verdict Forms | November 20, 2026<br>(10 days before Pretrial Conference) | |
| Pretrial Conference | November 30, 2026 at 2:00 p.m. | |
| Trial Commences | December 7, 2026 at 9:30 a.m. | |

Dated: September 30, 2026

**MCCARTER & ENGLISH, LLP**

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: 302.984.6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for GOLO, LLC*

**DLA PIPER LLP**

*/s/ Nancy Shane Rappaport*
Nancy Shane Rappaport (#3428)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Phone: (302) 468-5631
nancy.rappapport@us.dlapiper.com

*Attorneys for Amazon.com, Inc. and Amazon.com Services LLC*

IT IS SO ORDERED this 30th day of September 2026.

Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge



ME1\63135487.v1