**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

GOLO, LLC,

Plaintiff,

v.

AMAZON.COM, INC., and
AMAZON.COM SERVICES LLC

Defendants.

C.A. No. 23-1200-MN

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, the Plaintiff GOLO, LLC (collectively, "GOLO") and Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") previously stipulated to, and the Court entered, a schedule for pretrial exchanges (D.I. 393); and

WHEREAS, the parties have conferred and agreed to briefly extend certain pretrial exchanges:

IT IS HEREBY STIPULATED, by the parties, subject to the approval of the Court, that the following pretrial exchanges are extended as follows:[1]

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| Mutual Exchange of Objections to Deposition Designations and Counter-Designations | November 2, 2026 | November 3, 2026 |
| Mutual Exchange of Objections to Counter Designations and Counter-Counter Designations | November 6, 2026 | November 9, 2026 |
| Mutual Exchange of Objections Counter-Counter Designations | November 13, 2026 | November 16, 2026 |

[1] As agreed in D.I. 393, all exchanges shall occur by 8:00 p.m. ET, unless otherwise noted or agreed to by the parties.

All other deadlines set forth in the parties' Stipulation and Order for Pretrial Exchanges (D.I. 393) shall remain the same.

Dated: November 2, 2026

**MCCARTER & ENGLISH, LLP**

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: 302.984.6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for GOLO, LLC*

**DLA PIPER LLP**

*/s/ Nanay Shane Rappaport*

Nancy Shane Rappaport (#3428)
Stephen H. Barrett
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Phone: (302) 468-5631
nancy.rappapport@us.dlapiper.com
stephen.barrett@us.dlapiper.com

*Attorneys for Amazon.com, Inc. and Amazon.com Services LLC*

SO ORDERED this 2nd day of November 2026.

Maryellen Noreika

The Honorable Maryellen Noreika
United States District Judge