**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GOLO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and<br>AMAZON.COM SERVICES LLC,<br><br>Defendants. | C.A. No. 23-1200-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 6, 2026, a copy of the Supplemental Expert Report of Keith R. Ugone, Ph.D. was served upon the following listed counsel of record via electronic mail:

Daniel M. Silver
Alexandra M. Joyce
**McCarter & English, LLP**
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Email: Dsilver@mccarter.com
Email: Ajoyce@mccarter.com

Alexander T. Hornat
Leah R. McCoy
**McCarter & English LLP**
265 Franklin St.
Boston, MA 02110
ahornat@mccarter.com
lmccoy@mccarter.com

Desiree Grace
Four Gateway Center,
**McCarter & English LLP**
100 Mulberry Street
Newark, NJ 07102
dgrace@mccarter.com

Steven K. Eisenberg
**STERN & EISENBERG**
1581 Main St., Suite 200
Warrington, PA 18976
Email: seisenberg@sterneisenberg.com

Dated: November 9, 2026

*Of Counsel:*

J. Kevin Fee (admitted *pro hac vice*)
Jane W. Wise (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
500 Eighth St. N.W.
Washington, DC 20004
Phone: (202) 799-4149
Email: kevin.fee@us.dlapiper.com
Email: jane.wise@us.dlapiper.com

Emily Green Radin (*pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, N.Y. 10020
Phone: (212) 335-4500
Email: emily.radin@us.dlapiper.com

**DLA PIPER LLP (US)**

*/s/ Nancy Shane Rappaport*
Nancy Shane Rappaport (DE Bar No. 3428)
Michael L. Burns IV (DE Bar. No. 7312)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Phone: (302) 468-5631
Email: nancy.rappaport@us.dlapiper.com
Email: michael.burns@us.dlapiper.com

Melissa A. Reinckens (admitted *pro hac vice*)
Susan Acquista (admitted *pro hac vice)*
**DLA PIPER LLP (US)**
4635 Executive Drive, Suite 1100
San Diego, CA 92121
Phone: (858) 677-1400
Email: melissa.reinckens@us.dlapiper.com
Email: susan.acquista@us.dlapiper.com

*Attorneys for Defendants Amazon.com, Inc. and Amazon.com Services LLC*