**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GOLO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and<br>AMAZON.COM SERVICES LLC,<br><br>Defendants. | C.A. No. 23-1200-MN |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, the Plaintiff GOLO, LLC ("GOLO") and Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") previously stipulated to, and the Court entered, a schedule for pretrial filings and exchanges (D.I. 393);

WHEREAS, the parties have previously stipulated to, and the Court granted, extensions of certain pretrial exchanges (D.I. 397, 401);

WHEREAS, the Final Pretrial Conference is scheduled for November 30, 2026;

WHEREAS, the parties have conferred, and are continuing to confer regarding the proposed joint pretrial order and jury materials;

WHEREAS, Amazon requested, and GOLO does not oppose, to briefly extend the deadline to submit the proposed pretrial order and jury materials by one business day, to November 23, 2026, which is 7 days before the Final Pretrial Conference; and

WHEREAS, the parties are cognizant of the Thanksgiving and federal holiday, and only request to extend these deadlines by one business day to the extent it does not impair the Court's ability to prepare for the Final Pretrial Conference on November 30, 2026;

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the following pretrial deadlines are extended as follows:

| **Pretrial Item** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Parties shall file handwritten certification by lead counsel that he/she looked at the exhibit and is, in good faith, including each exhibit on their respective Exhibit List thinking it will be used at trial | November 20, 2026 | November 23, 2026 |
| File the Joint Proposed Final Pretrial Order, Preliminary and Final Jury Instructions, *Voir Dire*, and Verdict Forms | November 20, 2026 | November 23, 2026 |

All other deadlines set forth in the parties' Stipulation and Order for Pretrial Exchanges (D.I. 393) and subsequent modifications (D.I. 397, 401) shall remain the same.

*{signature page to follow}*

Dated: November 13, 2026

**MCCARTER & ENGLISH, LLP**

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6392
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff GOLO, LLC*

**DLA PIPER LLP (US)**

*/s/ Nancy Shane Rappaport*
Nancy Shane Rappaport (#3428)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5631
Facsimile: (215) 606-3357
nancy.rappaport@us.dlapiper.com

*Attorneys for DefendantsAmazon.com, Inc. and Amazon.com Services LLC*

IT IS SO ORDERED, this _____ day of ______________________, 2026

______________________________
Hon. Maryellen Noreika
United States District Judge