**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

GOLO, LLC,

Plaintiff,

v.

AMAZON.COM, INC., and
AMAZON.COM SERVICES LLC

Defendants.

C.A. No. 23-1200-MN

**[PROPOSED] *Voir Dire***

We are here to select a jury for a civil trial in a case called *GOLO, LLC v. Amazon.com, Inc. and Amazon.com Services LLC.*

I am going to ask you a series of questions to help the Court and the attorneys in the jury selection process. Before I ask any question, I am going to ask the Deputy Clerk to swear the jury panel to answer any questions truthfully. (To Deputy: Please swear the panel.)

If any of you answer "yes" to any of the questions that I ask, please raise your hand and then circle the question to which you have answered "yes." At the end of the questions, the Deputy Clerk will ask some of you to take seats in the jury box, and, after that, the lawyers and I may ask those of you who answered "yes" to one or more questions to come back to the jury room to discuss your answers with the lawyers and me.

1. The Plaintiff in this case is GOLO, LLC. It has brought a lawsuit against Defendants, Amazon.com, Inc. and Amazon.com Services LLC. The Defendants will be referred to collectively as "Amazon." The claims brought against Amazon include trademark infringement, trademark counterfeiting, unfair competition, false advertising, deceptive trade practices, and trademark dilution. Have you read or heard anything about this case prior to today?

2. Have you or anyone close to you ever owned stock in or been employed by Amazon?

3. Have you, your employer, or anyone close to you ever had any dealings with Amazon separate from shopping at its website, app, or stores?

4. This case involves Amazon's self-publishing service called Kindle Direct Publishing. Have you ever used Kindle Direct Publishing?

5. Have you ever had a book published or self-published a book?

6. Have you, your employer, or anyone close to you ever sold products or services to Amazon or on its website, or on its app, or at its stores?

7. Do you have any opinions about Amazon, positive or negative, that would make it difficult for you to be a fair and impartial juror in this case?

8. Have you or anyone close to you ever been employed by, been a shareholder or member of, or had any dealings with GOLO?

9. Have you or any member of your immediate family ever purchased or considered purchasing the GOLO for Life Plan, the Release dietary supplement, or any other product from GOLO?

10. Do you have any opinions about GOLO, positive or negative, that would make it difficult for you to be a fair and impartial juror in this case?

11. Have you or anyone close to you had a positive or negative experience with a GOLO product?

12. Do you have any opinions about health and wellness companies that offer diets or sell nutritional supplements that would make it difficult for you to be a fair and impartial juror in this case?

13. Have you seen or read any recent news, newspaper, or internet articles regarding Amazon or GOLO that would make it difficult for you to be a fair and impartial juror in this case?

14. The law firms and lawyers involved in the case are listed here:

    Please carefully review the list.

    *INSERT LIST OF LAW FIRMS AND LAWYERS*

    Have you or anyone close to you had prior dealings with, or been employed by, any of these attorneys or law firms?

15. The potential witnesses in this case are listed here. Please carefully review the list.

*INSERT WITNESSES*

Do you know, or are you familiar with, any of these potential witnesses?

16. Have you, your employer, or someone close to you ever been accused of patent, copyright, or trademark infringement, counterfeiting, false advertising, or similar activity?

17. Have you, your employer, or someone close to you ever accused another party of patent, copyright, or trademark infringement, counterfeiting, false advertising, or similar activity?

18. Do you have any opinions, positive or negative, about trademarks or the trademark system?

19. [**GOLO**: Have you or anyone close to you had an experience with counterfeit or a knock-off products that would make it difficult for you to be fair and impartial in this case?] [**Amazon**: Amazon believes that this question is prejudicial because of its use of the phrase "knock-off products" and that questions 16 and 17 adequately cover question about counterfeiting.]

20. [**GOLO:** Have you or anyone close to you had a positive or negative experience with a prescription weight loss medication (e.g., GLP-1, semaglutide, or GIP receptor drug)? [**Amazon:** Amazon believes that this question is irrelevant to issues in the case and forces jurors to publicly disclose private medical information in a manner that is inappropriate.]

21. Do you or anyone close to you have any education or training pertaining to, or have you worked in, any of the following areas: law, sales, marketing, internet engineering or design, search engine optimization, website design, patents, copyrights, or trademarks?

22. Have you ever been a plaintiff, a defendant, or a witness in any proceeding?

23. Have you ever served as a juror?

24. Look around at the other potential jury members. Do you recognize any of the other jurors from any encounter before today?

25. Is there anything, such as poor vision, difficulty hearing, or difficulty understanding spoken or written English, that would make it difficult for you to serve on this jury?

26. Have you ever had any experience with the legal system that would prevent you from being a fair and impartial juror?

27. If you are selected to sit as a juror in this case, are you aware of any reason why you would be unable to render a verdict based solely on the evidence presented at trial?

28. Is there any other reason you believe you cannot be a fair and impartial juror in this case?

29. This is the last question. Do you know of any other matter that you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to sit as a juror, or that you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?