**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

GOLO, LLC,

Plaintiff,

v.

AMAZON.COM, INC., and
AMAZON.COM SERVICES LLC

Defendants.

C.A. No. 23-1200-MN

**[GOLO's PROPOSED] VERDICT FORM**

**Question 1:**

Has GOLO proved by a preponderance of the evidence that Amazon has committed trademark infringement?

Yes _______ (for GOLO)          No _______ (for Amazon)

*If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, proceed to Question 4.*

**Question 2:**

If you answered "yes" to Question 1, check all ways in which Amazon committed trademark infringement.

Amazon's paid search results ______

Amazon's unpaid search results ______

Books with "GOLO" in the title ______

**Question 3:**

If you answered "yes" to Question 1, do you find that Amazon's trademark infringement was willful?

Yes _______ (for GOLO)          No _______ (for Amazon)

**Question 4:**

Has GOLO proved by a preponderance of the evidence that Amazon has committed trademark

counterfeiting?

Yes _______ (for GOLO) No _______ (for Amazon)

*If you answered "Yes" to Question 4, proceed to Question 5. If you answered "No" to Question 4, proceed to Question 6.*

**Question 5:**

If you answered "yes" to Question 4, do you find that Amazon's trademark counterfeiting was willful?

Yes _______ (for GOLO) No _______ (for Amazon)

**Question 6:**

Has GOLO proved by a preponderance of the evidence that Amazon has engaged in unfair competition?

Yes _______ (for GOLO) No _______ (for Amazon)

*If you answered "Yes" to Question 6, proceed to Question 7. If you answered "No" to Question 6, proceed to Question 8.*

**Question 7:**

If you answered "yes" to Question 6, check all ways in which Amazon engaged in unfair competition.

Amazon's paid search results ______

Amazon's unpaid search results ______

Books with "GOLO" in the title ______

**Question 8:**

If you answered "yes" to Question 6, do you find that Amazon's unfair competition was willful?

Yes _______ (for GOLO) No _______ (for Amazon)

**Question 9:**

Has GOLO proved by a preponderance of the evidence that Amazon has engaged in false advertising?

Yes _______ (for GOLO) No _______ (for Amazon)

*If you answered "Yes" to Question 9, proceed to Question 10. If you answered "No" to Question*

*9, proceed to Question 12.*

**Question 10:**

If you answered “yes” to Question 9, check all ways in which Amazon engaged in false advertising.

Amazon’s paid search results _______

Amazon’s representations about author credentials _______

Amazon’s failure to disclose that books are AI-generated _______

Amazon’s representation that books comply with GOLO’s diets or plans _______

**Question 11:**

If you answered “yes” to Question 9, do you find that Amazon’s false advertising was willful?

Yes _______ (for GOLO) No _______ (for Amazon)

**Question 12:**

Has GOLO proved by a preponderance of the evidence that Amazon has engaged in deceptive trade practices?

Yes _______ (for GOLO) No _______ (for Amazon)

*If you answered “Yes” to Question 12, proceed to Question 13. If you answered “No” to Question 12, proceed to Question 14.*

**Question 13:**

If you answered “yes” to Question 12, do you find that Amazon’s deceptive trade practices were willful?

Yes _______ (for GOLO) No _______ (for Amazon)

**Question 14:**

Has GOLO proved by a preponderance of the evidence that Amazon has diluted GOLO’s trademark?

Yes _______ (for GOLO) No _______ (for Amazon)

*If you answered “Yes” to Question 14, proceed to Question 15. If you answered “No” to Question 14, proceed to Question 16.*

**Question 15:**

If you answered "yes" to Question 11, do you find that Amazon's trademark dilution was willful?

Yes _______ (for GOLO) No _______ (for Amazon)

*If you answered "Yes" to any of Questions 1, 4, 6, 9, 12, or 14, proceed to Question 16. If you answered "No" to all of Questions 1, 4, 6, 9, 12, and 15, stop and proceed to the last page of this verdict form.*

**Question 16:**

What amount of money should GOLO receive as a result of the harm it suffered from Amazon's wrongful conduct?

$ ________________________________________

*If you answered "Yes" to any of Questions 1, 4, 6, 9, 12, or 14, proceed to Question 17. If you answered "No" to all of the Questions 1, 4, 6, 9, 12, and 14, stop and proceed to the last page of this verdict form.*

**Question 17:**

What amount of money did Amazon profit from its wrongful conduct?

$ ________________________________________

*If you answered "Yes" to Question 4 [counterfeiting], proceed to Question 18. If you answered "No" to Question 4, stop and proceed to the last page of this verdict form.*

**Question 18:**

What amount of statutory damages is appropriate to award GOLO for Amazon's counterfeiting?

$ ________________________________________

| | |
|---|---|
| Foreperson | Juror |
| Juror | Juror |
| Juror | Juror |
| Juror | Juror |

Date: