IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOLO, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-1200 (MN) |
| | ) | |
| AMAZON.COM, INC. and AMAZON.COM SERVICES LLC, | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

At Wilmington, this 23rd day of November 2026,

WHEREAS, on September 24, 2026, the Court granted Plaintiff's motion to exclude the likelihood of confusion survey of Defendants' expert, Dr. Itamar Simonson (D.I. 390 at 3-6);

WHEREAS, Defendants move for reargument and reconsideration of that ruling (D.I. 394), arguing that the Court misapprehended Dr. Simonson's methodology because his likelihood of confusion calculation compared respondents' identification of the marks GOLO and KETO rather than the survey cookbooks' authors;

WHEREAS, motions for reargument are "sparingly granted," D. Del. Local Rule 7.1.5, and "should not be used to rehash arguments already briefed," *Dentsply Int'l, Inc. v. Kerr Mfg. Co.*, 42 F. Supp. 2d 385, 419 (D. Del. April 29, 1999);

WHEREAS, the Court's decision was not based on how Dr. Simonson counted the survey responses, but on the methodology used to elicit them;

WHEREAS, as explained in the Court's prior opinion, Dr. Simonson's survey repeatedly directed respondents' attention to the survey cookbooks' authors before asking them to identify who put out the books, resulting in responses grounded in authorship rather than identification of

the source of the goods in a trademark sense, *see* D.I. 390 at 4-6; *see also Dastar Corp. v. Twentieth Century Fox Film Corp.*, 539 U.S. 23, 37 (2003);

WHEREAS, the GOLO vs. KETO and test vs. control comparisons do not cure that methodological defect; and

WHEREAS, Defendants therefore have not demonstrated a clear error of law or manifest injustice warranting reconsideration, *see Max's Seafood Café by Lou-Ann, Inc. v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999);

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion for Reargument and Reconsideration (D.I. 394) is DENIED.

Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge