**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GOLO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., and<br>AMAZON.COM SERVICES LLC,<br><br>Defendants. | C.A. No. 23-1200-MN |

**ORDER GRANTING MOTION**
**FOR EXEMPTION OF PERSON FROM THE DISTRICT OF**
**DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**
**FOR COURTROOM SET-UP FOR TRIAL**

The Court having considered Plaintiff GOLO, LLC's Motion for Exemption of Person from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this 24th day of November 2026 that:

1. The Motion is GRANTED, and for purposes of the December 4, 2026 Courtroom Set-up in the above-captioned case, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their electronic devices:

- James Donoian, McCarter & English, LLP, counsel admitted *pro hac vice*
- Desiree L. Grace, McCarter & English, LLP, counsel admitted *pro hac vice*
- Christopher Fraiser, McCarter & English LLP, Senior Litigation Paralegal and hot-seat operator for GOLO
- Katie Ford, McCarter & English, LLP, Senior Litigation Paralegal
- Amanda Miller, McCarter & English, LLP, Paralegal

2. The persons listed in Paragraph 1 above shall present this Order, along with a valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge