**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GOLO. LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AMAZON.COM, INC., and<br>AMAZON.COM SERVICES LLC.<br><br>*Defendants*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 23-1200-MN |

**ORDER EXEMPTING PERSONS FROM THE**
**DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER**
**REGARDING PERSONAL ELECTRONIC DEVICES**

WHEREAS, the Court has considered Amazon's November 24, 2026 Motion for Exemption from the Standing Order Regarding Personal Electronic Devices (the "Motion"), IT IS HEREBY ORDERED that:

1. The motion is GRANTED.

2. The following individuals shall be permitted to bring their personal electronic devices into the courthouse for the Pretrial Conference on November 30, 2026 and throughout trial on December 7 – 15, 2026:

- Melissa Reinckens
- J. Kevin Fee
- Jane Wise
- Susan Acquista
- Emily Radin
- Valerie Ruppert
- Vivian Hoffman
- Tom Gibson

3. These individuals shall present this Order and a valid photographic ID to the U.S. Marshals upon entry to the J. Caleb Boggs Federal Building and U.S. Courthouse.

SO ORDERED this 25th day of November, 2026.

The Honorable Maryellen Noreika