**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GOLO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., and<br>AMAZON.COM SERVICES LLC,<br><br>Defendants. | C.A. No. 23-1200-MN |

## ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Chelsea M. Nichols, Esquire of McCarter & English, LLP as counsel of record for Plaintiff GOLO, LLC in the above-captioned matter.

Dated: November 25, 2026

**MCCARTER & ENGLISH, LLP**

*/s/ Chelsea M. Nichols*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Chelsea M. Nichols (#7687)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: 302.984.6300
dsilver@mccarter.com
ajoyce@mccarter.com
chnichols@mccarter.com

*Attorneys for Plaintiff GOLO, LLC*

Of Counsel:

James H. Donoian
MCCARTER & ENGLISH, LLP
250 West 55th St., 13th Floor
New York, NY 10019
Jdonoian@Mccarter.com

Desiree Grace
MCCARTER & ENGLISH, LLP
Four Gateway Center,
100 Mulberry Street
T: 973.849.4196
dgrace@mccarter.com

Alexander T. Hornat
Leah R. McCoy
MCCARTER & ENGLISH, LLP
265 Franklin St.
Boston, MA 02110
ahornat@mccarter.com
lmccoy@mccarter.com

Steven K. Eisenberg
STERN & EISENBERG
1581 Main St., Suite 200
Warrington, PA 18976
seisenberg@sterneisenberg.com