**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

GOLO, LLC,

Plaintiff,

v.

AMAZON.COM, INC., and
AMAZON.COM SERVICES LLC

Defendants.

C.A. No. 23-1200-MN

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED, by Plaintiff and Defendants, subject to the approval of the Court, that the deadline for the parties to file a public redacted version of the Joint Pretrial Order (D.I. 409) is extended by three (3) days to and including December 3, 2026 (from November 30, 2026).

Dated: November 25, 2026

**MCCARTER & ENGLISH, LLP**

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: 302.984.6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for GOLO, LLC*

**DLA PIPER LLP**

*/s/ Nancy Shane Rappaport*
Nancy Shane Rappaport (#3428)
Stephen H. Barrett
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Phone: (302) 468-5631
nancy.rappapport@us.dlapiper.com
stephen.barrett@us.dlapiper.com

*Attorneys for Amazon.com, Inc. and Amazon.com Services LLC*

SO ORDERED this _____ day of 2026.

______________________________
The Honorable Maryellen Noreika